**Fill in this information to identify your case and this filing:**

Debtor 1    *DANIEL T. GUILFOICE*
             First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:        District of *CT*

Case number    *19-50680*

FILED

2019 JUN -3 P 3:32

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

**1.1.**    *60 ROWLAND RD*
Street address, if available, or other description

*FAIRFIELD, CT 06824*
City        State    ZIP Code

*FAIRFIELD, CT.*
County

**What is the property?** Check all that apply.

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ *1,100,000*

**Current value of the portion you own?**
$ *200,000*

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

*MARITAL*

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.**    _____
Street address, if available, or other description

_____

_____
City        State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

**1.3.** _____
Street address, if available, or other description

_____

_____

City         State    ZIP Code

_____
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information** you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____    $ _____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**2.** **Add the dollar value of the portion you own** for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ........................... →    $ *200,000*

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☒ Yes

**3.1.** Make: *GMC*

Model: *Yukon*

Year: *2010*

Approximate mileage: *80,000*

Other information:

_____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ *15,000*    $ *0*

If you own or have more than one, describe here:

**3.2.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____    $ _____

Debtor 1 _____ _____ _____    Case number (if known) _____
         First Name    Middle Name    Last Name

Case 19-50680    Doc 12    Filed 06/03/19    Entered 06/03/19 15:49:30    Page 8 of 34

3.3.  Make: _____

      Model: _____

      Year: _____

      Approximate mileage: _____

      Other information:

      ┌─────────────────────────────┐
      │                             │
      └─────────────────────────────┘

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

3.4.  Make: _____

      Model: _____

      Year: _____

      Approximate mileage: _____

      Other information:

      ┌─────────────────────────────┐
      │                             │
      └─────────────────────────────┘

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☒ No
    ☐ Yes

4.1.  Make: _____

      Model: _____

      Year: _____

      Other information:

      ┌─────────────────────────────┐
      │                             │
      └─────────────────────────────┘

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

If you own or have more than one, list here:

4.2.  Make: _____

      Model: _____

      Year: _____

      Other information:

      ┌─────────────────────────────┐
      │                             │
      └─────────────────────────────┘

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................................➔  $_____

Case 19-50680    Doc 12    Filed 06/03/19    Entered 06/03/19 15:49:30    Page 4 of 34

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.........    $ 200

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.........    $ 200

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe.........    ANTIQUES / PAINTING    $ 5,000

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes. Describe.........    KAYAKS / BIKES    $ 300

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☒ Yes. Describe.........    2 GUNS    $ 500

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe..........    $ 1,000

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe..........    MISC. JEWLRY    $ 1000

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☒ Yes. Describe..........    2 DOGS    $ 0

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information. .............    $ 0

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................➜    $ 7,200

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☒ Yes ............................................................................................................    Cash: ___50___    $ ___50___

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☒ Yes ....................        Institution name:

| | |
|---|---|
| 17.1. Checking account: | *TD BANK* | $ 1,000 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | *TD BANK* | $ 1,000 |
| 17.4. Savings account: | *TD BANK* | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No

☐ Yes ................        Institution or issuer name:

_____    $_____
_____    $_____
_____    $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No

☐ Yes. Give specific information about them......................

Name of entity:                     % of ownership:

_____    0%____%    $_____
_____    0%____%    $_____
_____    0%____%    $_____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them........................

| Issuer name: | |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | $ _____ |
| Pension plan: | _____ | $ _____ |
| IRA: | _____ | $ _____ |
| Retirement account: | _____ | $ _____ |
| Keogh: | _____ | $ _____ |
| Additional account: | _____ | $ _____ |
| Additional account: | _____ | $ _____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | _____ | $ _____ |
| Gas: | _____ | $ _____ |
| Heating oil: | _____ | $ _____ |
| Security deposit on rental unit: | _____ | $ _____ |
| Prepaid rent: | _____ | $ _____ |
| Telephone: | _____ | $ _____ |
| Water: | _____ | $ _____ |
| Rented furniture: | _____ | $ _____ |
| Other: | _____ | $ _____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes........................

| Issuer name and description: | |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................................  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | $_____ |
|---|---|
| | $_____ |
| | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them....  [                          ]  $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....  [                          ]  $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....  [                          ]  $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:  $_____
State:    $_____
Local:    $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information..............

Alimony:              $_____
Maintenance:          $_____
Support:              $_____
Divorce settlement:   $_____
Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information..............

$_____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes. Name the insurance company of each policy and list its value. …

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information.............  _____  $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. ..................  _____  $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. ..................  _____  $_____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information............  _____  $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................  ➜  $ 3,500

---

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe.......  _____  $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe.......  _____  $_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe....... [                                    ] $_____

41. **Inventory**

☒ No

☐ Yes. Describe....... [                                    ] $_____

42. **Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe.......  Name of entity:                     % of ownership:

_____    _____%    $_____

_____    _____%    $_____

_____    _____%    $_____

43. **Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

   ☐ No

   ☐ Yes. Describe....... [                        ] $_____

44. **Any business-related property you did not already list**

☒ No

☐ Yes. Give specific
information .........    _____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .............................................................. ➔  $___0____

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☒ No

☐ Yes ..................... [                                    ] $_____

Case 19-50680   Doc 12   Filed 06/03/19   Entered 06/03/19 15:49:30   Page 10 of 34

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information. ..........

$_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes ......................

$_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes ......................

$_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information. ..........

$_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................. →   $   0

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ............

$_____
$_____
$_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ...................... →   $   0

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55. Part 1: Total real estate, line 2** ................................................................................................ →   $  200,000

**56. Part 2: Total vehicles, line 5**          $   0

**57. Part 3: Total personal and household items, line 15**          $  7,200

**58. Part 4: Total financial assets, line 36**          $  2,500

**59. Part 5: Total business-related property, line 45**          $   0

**60. Part 6: Total farm- and fishing-related property, line 52**          $   0

**61. Part 7: Total other property not listed, line 54**          + $   0

**62. Total personal property. Add lines 56 through 61.** ..............          $  9,700     Copy personal property total →   + $  9700

**63. Total of all property on Schedule A/B. Add line 55 + line 62.** ...............................................................   $  209,700

**Fill in this information to identify your case:**

Debtor 1 _DANIEL_ _T_ _GUILFOILE_
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _19-50680_
(If known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**   _NONE_

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1 _____
          First Name        Middle Name        Last Name

Case number *(If known)* _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

Debtor 1    DANIEL T GUILFOICE
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of C T

Case number   19-50680
(If known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.1** OCWEN
Creditor's Name

BOX 24738
Number    Street

W. PALM BEACH FL 33416
City    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 10/1/1999

**Describe the property that secures the claim:** $ 893,637   $ 1,100,000   $ 206,363

60 ROWLAND RD FAIRFIELD

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 0901

**2.2** CAPITAL ONE
Creditor's Name

BOX 60511
Number    Street

CITY OF INDUSTRY CA 91716
City    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 11/30/17

**Describe the property that secures the claim:** $ 20,237   $ 15,000   $ 0

2010 GMC SUBURBAN

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 3320

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 913,874

**Fill in this information to identify your case:**

Debtor 1 _DANIEL T GUILFOILE_
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _CT_

Case number _19-50680_
(If known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:  List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _IRS_
Priority Creditor's Name

Number        Street

_____
City        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _7 4 5 5_    $ _4,144.09_  _4144.09_  _0_

When was the debt incurred? _2016_

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** _____
Priority Creditor's Name

Number        Street

_____
City        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____  $_____  $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____



## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

### 4.1

_TOWN OF FAIRFIELD_
Nonpriority Creditor's Name

_611 OLD POST ROAD_
Number   Street

_FAIRFIELD    CT.    06824_
City   State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _2016-2018_

$ _3953.81_

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _PERSONAL PROPERTY TAX_

### 4.2

_UNITED ILLUMINAINC_
Nonpriority Creditor's Name

_C/O NAIR & LEVIN_

_707 BLOOMFIELD AV._
Number   Street

_BLOOMFIELD,   CT. 06002_
City   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _2_ _8_ _9_ _8_

When was the debt incurred? _1/19_

$ _1689_

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _UTILITY_

### 4.3

Nonpriority Creditor's Name

Number   Street

City   State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$ _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

                                                                                    **Total claim**

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. **Domestic support obligations** | 6a. | $ 0 |
| 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 8,097.90 |
| 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0 |
| 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0 |
| 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 8,097.90 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. **Student loans** | 6f. | $ 0 |
| 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0 |
| 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0 |
| 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 0 |
| 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 0 |





Department of the Treasury
Internal Revenue Service
Holtsville, NY 11742-0480

| | SB |
|---|---|
| Notice | CP503 |
| Tax year | 2016 |
| Notice date | May 6, 2019 |
| Taxpayer ID number | 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 |
| To contact us | Phone 800-829-8374 |
| Your Caller ID | 893974 |
| Page 1 of 6 | |

014049.143931.465911.1945 1 AB 0.412 860



DANIEL T GUILFOILE
60 ROWLAND RD
FAIRFIELD CT 06824-6623

014049

Second reminder: You have unpaid taxes for 2016

# Amount due: $4,144.09

As we notified you before, our records show you have unpaid taxes for the tax year ended December 31, 2016 (Form 1040). If you don't pay $4,144.09 by May 16, 2019, the amount of interest will increase and additional penalties may apply.

If you already have an installment or payment agreement in place for this tax year, then continue with that agreement.

## Billing Summary

| | |
|---|---|
| Amount you owed | $4,101.70 |
| Failure-to-pay penalty | 18.72 |
| Interest charges | 23.67 |
| **Amount due by May 16, 2019** | **$4,144.09** |

Continued on back...



DANIEL T GUILFOILE
60 ROWLAND RD
FAIRFIELD CT 06824-6623

| Notice | CP503 |
|---|---|
| Notice date | May 6, 2019 |
| Taxpayer ID number | 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 |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number (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), the tax year (2016), and the form number (1040) on your payment and any correspondence.

**Amount due, to be received by May 16, 2019**

$4,144.09

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149



041507455 CJ GUIL 30 0 201612 670 00000414409



**Town of Fairfield**

Account info last updated on May 7, 2019

0 BILL(S) - $0.00

Home     Shopping Cart     Checkout

### *TAX BILLS*          SEWER/WATER/MISC

**Click on Sewer/Water/Misc if you want to search Sewer/Water/Misc bills only.**
**Click on Tax Bills if you want to search your Real Estate, Personal Property, Motor Vehicle or Supplemental Bills.**

SEARCH BY          Enter the search criteria below:

Name          ▼          Guilfoile D                          Search

          Enter Last Name then space then **1st** Initial (example SMITH J) or Business Name (No comma, & or -)

See Example          ○All  ○Due Now  ○Balance Due  ○IRS Payment Records for Year 2018

| 01 - REAL ESTATE | 02 - PERSONAL PROPERTY | 03 - MOTOR VEHICLE | 04 - MOTOR VEHICLE SUPPLEMENT |
|---|---|---|---|
| 05 - SEWER ASSESSMENT | 08 - SEWER USAGE | 12 - MISC | |

| BILL # | NAME/ADDRESS | PROPERTY/VEHICLE | TOTAL TAX | PAID | OUTSTANDING | OPTIONS | REGISTER ONLY | PAY |
|---|---|---|---|---|---|---|---|---|
| 2012-04-0042822 42822 (MOTOR VEHICLE SUPPLEMENT) | GUILFOILE DANIEL T 60 ROWLAND RD FAIRFIELD CT | 2007 01 CHEV SUBURBAN | $250.98 | $0.00 | $572.04 | | | |
| 2014-04-0043404 43404 (MOTOR VEHICLE SUPPLEMENT) | GUILFOILE DANIEL T 60 ROWLAND RD FAIRFIELD CT | 2007 1 CHEV SUBURBAN | $286.20 | $0.00 | $533.54 | | | |
| 2013-03-0056742 57378 (MOTOR VEHICLE) | GUILFOILE DANIEL T 60 ROWLAND RD FAIRFIELD CT | 2007 01 CHEV SUBURBAN | $381.38 | $0.00 | $809.00 | | | |
| 2015-03-0057404 57404 (MOTOR VEHICLE) | GUILFOILE DANIEL T 60 ROWLAND RD FAIRFIELD CT | 2007 1 CHEVR K2500 SU | $328.82 | $0.00 | $561.66 | | | |
| 2012-03-0056953 57493 (MOTOR VEHICLE) | GUILFOILE DANIEL T 60 ROWLAND RD FAIRFIELD CT | 1994 01 VOLV 940 | $41.88 | $0.00 | $101.45 | | | |
| 2012-04-0042823 42823 (MOTOR VEHICLE SUPPLEMENT) | GUILFOILE DANIEL T AND GUILFOILE KENDRA W 60 ROWLAND ROAD FAIRFIELD CT | 2004 01 GMC ENVOY | $59.37 | $0.00 | $136.85 | | | |
| 2013-03-0056743 57379 (MOTOR VEHICLE) | GUILFOILE DANIEL T AND GUILFOILE KENDRA W 60 ROWLAND ROAD FAIRFIELD CT | 2004 01 GMC ENVOY | $125.18 | $0.00 | $266.88 | | | |

## Town of Fairfield

Account info last updated on May 7, 2019

0 BILL(S) - $0.00

**Home**    **Shopping Cart**    **Checkout**

### TAX BILLS    SEWER/WATER/MISC

Click on Sewer/Water/Misc if you want to search Sewer/Water/Misc bills only.
Click on Tax Bills if you want to search your Real Estate, Personal Property, Motor Vehicle or Supplemental Bills.

**SEARCH BY**              Enter the search criteria below:

Name          ▼          Guilfoile k                          Search

See Example          Enter Last Name then space then 1st Initial (example SMITH J) or Business Name (No comma, & or -)

◉ All   ○ Due Now   ○ Balance Due   ○ IRS Payment Records for Year 2018

| 01 - REAL ESTATE | 02 - PERSONAL PROPERTY | 03 - MOTOR VEHICLE | 04 - MOTOR VEHICLE SUPPLEMENT |
| --- | --- | --- | --- |
| 05 - SEWER ASSESSMENT | 08 - SEWER USAGE | 12 - MISC | |

| BILL # | NAME/ADDRESS | PROPERTY/VEHICLE | TOTAL TAX | PAID | OUTSTANDING | OPTIONS | REGISTER ONLY | PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2012-04-0042823 42823 (MOTOR VEHICLE SUPPLEMENT ) | GUILFOILE DANIEL T AND GUILFOILE KENDRA W 60 ROWLAND ROAD FAIRFIELD CT | 2004 01 GMC ENVOY | $59.37 | $0.00 | $136.85 | | | |
| 2013-03-0056743 57379 (MOTOR VEHICLE ) | GUILFOILE DANIEL T AND GUILFOILE KENDRA W 60 ROWLAND ROAD FAIRFIELD CT | 2004 01 GMC ENVOY | $125.18 | $0.00 | $266.88 | | | |
| 2014-01-0012913 12913 (REAL ESTATE ) | GUILFOILE KENDRA W 60 ROWLAND ROAD FAIRFIELD CT | 60 ROWLAND ROAD 182 201 | $13,675.92 | $13,675.92 | $0.00 | | | |
| 2015-01-0012913 12913 (REAL ESTATE ) | GUILFOILE KENDRA W 60 ROWLAND ROAD FAIRFIELD CT | 60 ROWLAND ROAD 182 201 | $15,390.40 | $15,390.40 | $0.00 | | | |
| 2016-01-0012913 12913 (REAL ESTATE ) | GUILFOILE KENDRA W 60 ROWLAND ROAD FAIRFIELD CT | 60 ROWLAND ROAD 182 201 | $15,614.12 | $15,614.12 | $0.00 | | | |
| 2017-01-0012913 12913 (REAL ESTATE ) | GUILFOILE KENDRA W 60 ROWLAND ROAD FAIRFIELD CT | 60 ROWLAND ROAD 182 201 | $15,940.68 | $15,940.68 | $0.00 | | Register | |
| 2016-04-0043203 43203 (MOTOR VEHICLE SUPPLEMENT ) | GUILFOILE KENDRA W 60 ROWLAND RD FAIRFIELD CT | 1998 1 FORD EXPLORER | $29.05 | $0.00 | $43.93 | | | |

| BILL # | NAME/ADDRESS | PROPERTY/VEHICLE | TOTAL TAX | PAID | OUTSTANDING | OPTIONS | REGISTER ONLY | PAY |
|---|---|---|---|---|---|---|---|---|
| 2016-04-0043204 43204 (MOTOR VEHICLE SUPPLEMENT ) | GUILFOILE KENDRA W 60 ROWLAND RD FAIRFIELD CT | 2010  1  GMC YUKON XL | $330.81 | $0.00 | $479.45 | | | |
| 2017-03-0067382 67382 (MOTOR VEHICLE ) | GUILFOILE KENDRA W 60 ROWLAND RD FAIRFIELD CT | 2010  1  GMC YUKON XL | $347.42 | $0.00 | $391.11 | | | |
| 2017-03-0067383 67383 (MOTOR VEHICLE ) | GUILFOILE KENDRA W 60 ROWLAND RD FAIRFIELD CT | 1998  1  FORD EXPLORER | $47.98 | $0.00 | $57.90 | | | |

Disclaimer | Terms And Conditions | Privacy Policy | Contact

Powered By Quality Data Service, Inc. ©2019
864785 visitors

# NAIR & LEVIN, P.C.
## ATTORNEYS AT LAW

ROBERT M. LEVIN*
MITCHELL J. LEVINE**

DIANA J. KEIR*
LORI B. MEEKER*
CATHERINE A. WILOWSKI*
PETER J. STERLING
WALTER J. ONACEWICZ, JR.*
NICHOLAS A. VALINSKY

*   ALSO ADMITTED IN NY AND FL
*   ALSO ADMITTED IN MA
* * ALSO ADMITTED IN MA AND FL

707 BLOOMFIELD AVENUE
BLOOMFIELD, CONNECTICUT  06002
TELEPHONE
(860) 242-7585

FACSIMILE
(860) 242-2980

E-MAIL
NAIRLEVIN@NAIRLEVIN.COM

February 18, 2019

DANIEL GUILFOILE
60 ROWLAND RD
FAIRFIELD, CT 06824

**Re:**  **The United Illuminating Company Account No.01000012552898**
**Current Total Balance: $2,135.38**
**Our File No. 750551**

Dear Daniel Guilfoile:

This letter shall confirm that our client, The United Illuminating Company, has agreed to accept your offer to enter into a Payment Plan Agreement ("Agreement") in order to collect the delinquent balance on your account.

| Agreement Balance | Down Payment Amount | Due Date | Installment Payment Amount | Installment Start Date | No. of Months | Installment End Date |
|---|---|---|---|---|---|---|
| $2,135.38 | $748.00 | February 13, 2019 | $116.00 | March 13, 2019 | 12 | March 13, 2020 |

Agreement Terms: You have agreed to pay the past due balance on your account ("Agreement Balance") over a period of time.  Payments under the Agreement ("Installment Payments") should be made to Nair & Levin, P.C. You will not receive a separate bill.  If you should fail to make Installment Payments as agreed, this Agreement will become null and void and your account will be subject to further collection efforts and/or interruption of service.

**Please note: This Agreement does not include current charges. During the term of this Agreement, you must <u>also</u> pay the "Total NEW CHARGES" as they appear on your invoice starting with your existing bill. If you fail to pay your Total New Charges on time and in full each month the Agreement will be in default and your account will be subject to further collection efforts and/or interruption of service.**

We appreciate your cooperation to resolve this outstanding balance.  If you have any questions regarding this matter, please contact this office at 860-242-7585 or toll free at 877-588-3630 between the hours of 8:00 A.M. and 6:00 P.M. Monday through Thursday, Friday between 8:00 A.M. and 5:00 P.M.

This is a communication from a debt collector and any information obtained may be used for that purpose.

Sincerely
Nair & Levin, P.C.

UI1B



**UI**

0100001255289800018602600000000000018602b2

| Account Number | Payment Due Date | Amount Now Due |
|---|---|---|
| 010-0001255-2898 | 05/14/2019 | **$1,609.24** |

*Please make your check payable to:*
**The United Illuminating Company.**

| Please Indicate Amount Paid | |
|---|---|

005192 000001326

DANIEL GUILFOILE
60 ROWLAND RD
FAIRFIELD CT 06824-6623

23



THE UNITED ILLUMINATING COMPANY
PO BOX 9230
CHELSEA MA  02150-9230

**Your Account Information:**

00060 ROWLAND RD
FAIRFIELD, CT 06824

| | |
|---|---|
| Account Number: | 010-0001255-2898 |
| Total Balance Owed: | $1,860.26 |
| Notification Date: | April 29, 2019 |

Z03N

# SHUT OFF NOTICE / AVISO DE DESCONTINUACION

Dear DANIEL GUILFOILE:

Your account is delinquent and has remained unpaid for more than 33 days. Your electric service is subject to immediate termination after 05/14/2019 if you fail to pay the minimum amount of $1,609.24 less any charges that are not for utility service (e.g. failure to pay for merchandise purchased from utility or failure to pay for a different type of utility service). Payment of this past due amount must be made immediately to avoid termination of your electric service. We must receive payment by 05/14/2019.

If you are unable to make this minimum payment, please call the UI Collections Department immediately at 1-800-442-5004. Our company representatives are available to work with you to create a mutually agreeable payment arrangement to avoid interruption of electric service. An initial payment will be required before any arrangements can be made.

The United Illuminating Company ("UI") offers several easy ways to pay the above balance owed:

- Pay online at www.uinet.com or by phone using a VISA, Master Card, Discover, ATM/Debit Card, checking or savings account for a convenience fee paid to a third party for this service ($3.95 for residential accounts/ $6.50 for commercial accounts).
- Pay in person at a local UI authorized payment agent at no additional cost. For a list of payment agents visit us at www.uinet.com or call 1-800-676-7052.
- Mail your payment using the enclosed remittance envelope.
- Enroll on MY Account at www.uinet.com to pay your bills online.
- Initiate an electronic payment through your bank.

If your service is disconnected, you may be required to pay the full balance owed and an additional $16.46 reconnection fee if disconnected at the meter or $149.78 if disconnected at the pole. Finally, a security deposit may also be required before service is restored.

Please review the enclosed customer rights insert. If you follow the procedures for disputing your bill, UI will not terminate for non-payment of the disputed amount during the pendency of the complaint. You must follow the dispute process in full. This may avoid temporary shut off of your service, however you are required to continue to pay current and undisputed bill amounts until the dispute is resolved.

If you have already paid your bill or have made payment arrangements, please disregard this shut-off notice.

DU190429_2-10383-000001326

**Fill in this information to identify your case:**

Debtor 1 _DANIEL T. GUILFOILE_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _C T_

Case number _19-50680_
(if known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City            State            ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* Your codebtor

   *Column 2:* The creditor to whom you owe the debt

   Check all schedules that apply:

| | | |
|---|---|---|
| **3.1** | _KENDRA GUILFOILE_<br>Name<br>_60 ROWLAND ROAD_<br>Number   Street<br>_FAIRFIELD       CT.    06824_<br>City    State    ZIP Code | ☐ Schedule D, line _2.1_<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** | _KENDRA GUILFOILE_<br>Name<br>_60 ROWLAND RD_<br>Number   Street<br>_FAIRFIELD       CT.    06824_<br>City    State    ZIP Code | ☐ Schedule D, line _2.2_<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** | _KENDRA GUILFOILE_<br>Name<br>_60 ROWLAND RD_<br>Number   Street<br>_FAIRFIELD,       CT    06824_<br>City    State    ZIP Code | ☐ Schedule D, line _2.1_ _4.1_<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

Debtor 1    DANIEL   T   GUILFOILE
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number    19-50680
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. Fill in your employment information. | | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

**Employment status**    ☒ Employed    ☒ Employed
☐ Not employed    ☐ Not employed

**Occupation**    BANKER    MANAGER

**Employer's name**    OBERON SECURITIES    TALBOTS

**Employer's address**    1412 BROADWAY    MAIN STREET
Number   Street    Number   Street
23rd FL

NEW YORK, NY. 10018    WESTPORT, CT 06880
City   State   ZIP Code    City   State   ZIP Code

**How long employed there?**    5 yr    6 mon

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.    2. | $ 13,700 | $ 2400 |
| 3. Estimate and list monthly overtime pay.    3. | + $ 0 | + $ 0 |
| 4. Calculate gross income. Add line 2 + line 3.    4. | $ 13,700 | $ 2400 |

Debtor 1 __DANIEL T. GUILFOILE__
First Name   Middle Name   Last Name

Case number (if known) _____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.............................................................➔ 4. | $ 13,700 | $ 2400 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ 5,542 | $ 400 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ 0 | $ 0 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ 0 | $ 0 |
| 5d. | Required repayments of retirement fund loans | 5d. $ 0 | $ 0 |
| 5e. | Insurance | 5e. $ 108 | $ 0 |
| 5f. | Domestic support obligations | 5f. $ 0 | $ 0 |
| 5g. | Union dues | 5g. $ 0 | $ 0 |
| 5h. | Other deductions. Specify: _____ | 5h. +$ 0 | +$ 0 |

**6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6. $ _____   $ 400

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. $ _____   $ 2000

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 0 | $ 0 |
| 8b. | Interest and dividends | 8b. $ 0 | $ 0 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ 0 | $ 0 |
| 8d. | Unemployment compensation | 8d. $ 0 | $ 0 |
| 8e. | Social Security | 8e. $ 0 | $ 0 |
| 8f. | **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. $ 0 | $ 0 |
| 8g. | Pension or retirement income | 8g. $ 0 | $ 0 |
| 8h. | Other monthly income. Specify: _____ | 8h. +$ 0 | +$ 0 |

**9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9. $ 0   $ 0

**10. Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. $ 8,159 + $ 2,000 = $ 10,158

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____   11. + $ 0

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12. $ 10,159

Combined monthly income

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain:   __LARGE TRANSACTION CLOSINGS PENDING__

| EMPLOYEE ID | EMPLOYEE NAME | DATE | FILING STATUS | EXEMPTIONS | PAY PERIOD |
|---|---|---|---|---|---|
| NY348348GD | DANIEL GUILFOILE | 5/24/2019 | MAR | 10 | 5/4/2019  –  5/17/2019 |

| EARNINGS | | | | | TAXES | | | DEDUCTIONS | | | BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | YTD | Code | Withheld | Year-to-date | Code | Amount | Year-to-date | Code | Amount | Year-to-date |
| SALARY | | 80.00 | $700.00 | $7,700.00 | FICA MEDICARE | $8.92 | $464.52 | AHRVIS | $9.84 | $98.45 | | | |
| COMMIS | | | | $25,186.50 | SOC.SEC | $38.13 | $1,986.22 | 403B | $75.22 | $752.25 | | | |
| | | | | | FEDERAL | | $6,296.63 | 012 | $1.20 | $13.20 | | | |
| | | | | | STATE NY | | $2,423.32 | PFL | $1.07 | $46.58 | | | |
| | | | | | LOCAL | | | | | | | | |

| Note to You | 80.00 | $700.00 |
|---|---|---|

| PTO Type | Available | Taken |
|---|---|---|
| 348's Vacation | 0.00 | 0.00 |
| 348's Sick Time | 0.00 | 0.00 |

Note to all EEs

| | | | 0.00 |
|---|---|---|---|
| | GROSS YTD | NET YTD | |
| | $32,886.50 | $20,805.33 | |
| | | NET PAY | |
| $47.05 | 11,170.69 | $87.33 | $565.62 |

ACH Direct Deposit                                                                                                                   Actual Deposit Amount

026013673, SAVING Acct: ******1526, 100% net of PayCode ($565.62)                        $565.62
Total                                                                                                                                    $565.62

---

Oberon Securities, LLC
Acadia HR
2 Spencer Drive
Red Hook, NY 12571

RHINEBECK SAVINGS BANK          0000704469
ROUTE 9 NORTH                          50-7101/2219
RED HOOK, NY 12571

Date                                           Amount

**May 24, 2019**                               0.00

Pay    | zero and xx / 100 Dollars |

To The
Order Of:

DANIEL GUILFOILE
60 ROWLAND ROAD

FAIRFIELD, CT 06824

*** *V O I D* ***

*non-negotiable*

⑆0000704469⑆ ⑈221971015⑈ 710000807 2⑈

---

**Oberon Securities, LLC**
Acadia HR
2 Spencer Drive
Red Hook, NY 12571

DANIEL GUILFOILE
60 ROWLAND ROAD

FAIRFIELD, CT 06824

| EMPLOYEE ID | EMPLOYEE NAME | DATE | FILING STATUS | EXEMPTIONS | PAY PERIOD |
|---|---|---|---|---|---|
| NY348348GD | DANIEL GUILFOILE | 5/10/2019 | MAR | 10 | 4/20/2019 – 5/3/2019 |

| EARNINGS | | | | | TAXES | | | DEDUCTIONS | | | BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | YTD | Code | Withheld | Year-to-date | Code | Amount | Year-to-date | Code | Amount | Year-to-date |
| SALARY | | 80.00 | $700.00 | $7,000.00 | FICA MEDICARE | $8.91 | $455.60 | AHRVIS | $9.85 | $88.61 | | | |
| COMMIS | | | | $25,186.50 | SOC.SEC | $38.12 | $1,948.09 | 403B | $75.23 | $677.03 | | | |
| | | | | | FEDERAL | | $6,296.63 | 012 | $1.20 | $12.00 | | | |
| | | | | | STATE NY | | $2,423.32 | PFL | $1.07 | $45.51 | | | |
| | | | | | LOCAL | | | | | | | | |
| Note to You | | 80.00 | $700.00 | | | | | | | | | | 0.00 |

| PTO Type | Available | Taken |
|---|---|---|
| 348's Vacation | 0.00 | 0.00 |
| 348's Sick Time | 0.00 | 0.00 |

Note to all EEs

| | GROSS YTD | NET YTD |
|---|---|---|
| | $32,186.50 | $20,239.71 |

| | | | | $47.03 | 11,123.64 | | $87.35 | NET PAY $565.62 |

**ACH Direct Deposit**                                                                                    Actual Deposit Amount

| 026013673, CHECKING Acct: ******0247, 100% net of PayCode ($565.62) | $565.62 |
|---|---|
| Total | $565.62 |

---

**Oberon Securities, LLC**
Acadia HR
2 Spencer Drive
Red Hook, NY 12571

RHINEBECK SAVINGS BANK                    **0000702806**
ROUTE 9 NORTH                                          50-7101/2219
RED HOOK, NY 12571

Date

**May 10, 2019**

Amount

**0.00**

Pay      | zero and xx / 100 Dollars |

To The
Order Of:      **DANIEL GUILFOILE**
                     **60 ROWLAND ROAD**

                     **FAIRFIELD, CT 06824**

*** *V O I D* ***

*non-negotiable*

⑈000070 2806⑈ ⑆2219710 15⑆ 710000807 2⑈

---

**Oberon Securities, LLC**
*Acadia HR*
*2 Spencer Drive*
*Red Hook, NY 12571*

DANIEL GUILFOILE
60 ROWLAND ROAD

FAIRFIELD, CT 06824

| EMPLOYEE ID | | EMPLOYEE NAME | | DATE | | FILING STATUS | | EXEMPTIONS | | PAY PERIOD | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NY348348GD | | DANIEL GUILFOILE | | 4/12/2019 | | MAR | | 10 | | 4/12/2019 - 4/12/2019 | |

| EARNINGS | | | | | TAXES | | | DEDUCTIONS | | | BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | YTD | Code | Withheld | Year-to-date | Code | Amount | Year-to-date | Code | Amount | Year-to-date |
| COMMIS | $5,686.00 | | $5,686.00 | $22,749.00 | FICA MEDICARE | $82.45 | $402.43 | PFL | $8.70 | $43.37 | | | |
| SALARY | | | | $5,600.00 | SOC.SEC | $352.53 | $1,720.72 | AHRVIS | | $88.92 | | | |
| | | | | | FEDERAL | $1,421.50 | $5,687.25 | 403B | | $526.58 | | | |
| | | | | | STATE NY | $546.99 | $2,188.83 | 012 | | $9.60 | | | |
| | | | | | LOCAL | | | | | | | | |

Note to You        $5,686.00

| PTO Type | Available | Taken |
|---|---|---|
| 348's Vacation | 0.00 | 0.00 |
| 348's Sick Time | 0.00 | 0.00 |

Note to all EEs

|  |  | $2,403.47 | 9,999.23 |  | $8.70 |
|---|---|---|---|---|---|

|  | 0.00 |
|---|---|

| GROSS YTD | NET YTD |
|---|---|
| $28,349.00 | $17,701.30 |

| NET PAY |
|---|
| $3,273.83 |

ACH Direct Deposit                                                                    Actual Deposit Amount

| 026013673, CHECKING Acct: ******0247, 100% net of PayCode ($3,273.83) | $3,273.83 |
|---|---|
| Total | $3,273.83 |

---

**Oberon Securities, LLC**
Acadia HR
2 Spencer Drive
Red Hook, NY 12571

RHINEBECK SAVINGS BANK          0000699542
ROUTE 9 NORTH                   50-7101/2219
RED HOOK, NY 12571

Date                                Amount

**April 12, 2019**                  0.00

Pay    zero and xx / 100 Dollars

To The        DANIEL GUILFOILE
Order Of:     60 ROWLAND ROAD

              FAIRFIELD, CT 06824

*** V O I D ***

non-negotiable

⑈⑈0000699542⑈⑈ ⑈:221971015⑈:710000807 2⑈⑈

---

Oberon Securities, LLC
Acadia HR
2 Spencer Drive
Red Hook, NY 12571

DANIEL GUILFOILE
60 ROWLAND ROAD

FAIRFIELD, CT 06824

| EMPLOYEE ID | EMPLOYEE NAME | DATE | FILING STATUS | EXEMPTIONS | PAY PERIOD |
|---|---|---|---|---|---|
| NY348348GD | DANIEL T GUILFOILE | 4/8/2019 | MAR | 10 | 4/8/2019  -  4/8/2019 |

| EARNINGS | | | | | TAXES | | | | DEDUCTIONS | | | BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | YTD | Code | | Withheld | Year-to-date | Code | Amount | Year-to-date | Code | Amount | Year-to-date |
| COMMIS | $7,313.00 | | $7,313.00 | $17,063.00 | FICA | MEDICARE | $106.04 | $311.06 | PFL | $11.19 | $33.60 | | | |
| SALARY | | | | $4,900.00 | | SOC.SEC | $453.41 | $1,330.06 | AHRVIS | | $59.07 | | | |
| | | | | | FEDERAL | | $1,828.25 | $4,265.75 | 403B | | $451.35 | | | |
| | | | | | STATE | NY | $703.51 | $1,641.84 | 012 | | $8.40 | | | |
| | | | | | LOCAL | | | | | | | | | |

| Note to You | | $7,313.00 | | | | | | | | | | | | 0.00 |

| PTO Type | Available | Taken |
|---|---|---|
| 348's Vacation | 0.00 | 0.00 |
| 348's Sick Time | 0.00 | 0.00 |

Note to all EEs

| | GROSS YTD | NET YTD |
|---|---|---|
| | $21,963.00 | $13,861.87 |

| | $3,091.21 | 7,548.71 | | $11.19 | | NET PAY |
|---|---|---|---|---|---|---|
| | | | | | | $4,210.60 |

ACH Direct Deposit                                                                                                    Actual Deposit Amount

026013673, CHECKING Acct: ******0247, 100% net of PayCode ($4,210.60)                                $4,210.60

Total                                                                                                                                        $4,210.60

---

**Oberon Securities, LLC**
Acadia HR
2 Spencer Drive
Red Hook, NY 12571

RHINEBECK SAVINGS BANK                 0000698741
ROUTE 9 NORTH                                 50-7101/2219
RED HOOK, NY 12571

Date                                                                    Amount

**April 8, 2019**                                                    0.00

Pay      zero and xx / 100 Dollars

To The
Order Of:        **DANIEL T GUILFOILE**
                      **60 ROWLAND ROAD**

                      **FAIRFIELD, CT 06824**

*** *V O I D* ***

*non-negotiable*

⑈"000698741⑈":221971015⑈:71000080 72"

---

**Oberon Securities, LLC**
Acadia HR
2 Spencer Drive
Red Hook, NY 12571

DANIEL T GUILFOILE
60 ROWLAND ROAD

FAIRFIELD, CT 06824

| EMPLOYEE ID | EMPLOYEE NAME | | DATE | FILING STATUS | | EXEMPTIONS | | | PAY PERIOD | |
|---|---|---|---|---|---|---|---|---|---|---|
| NY348348GD | DANIEL GUILFOILE | | 4/12/2019 | MAR | | 10 | | | 3/23/2019 - 4/5/2019 | |

| EARNINGS | | | | TAXES | | | DEDUCTIONS | | BENEFITS | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | YTD | Code | Withheld | Year-to-date | Code | Amount | Year-to-date | Code | Amount | Year-to-date |

| Code | Rate | Hours | Amount | YTD | Code | | Withheld | Year-to-date | Code | Amount | Year-to-date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SALARY | | 80.00 | $700.00 | $5,600.00 | FICA | MEDICARE | $8.92 | $319.98 | AHRVIS | $9.85 | $68.92 |
| COMMIS | | | | $17,063.00 | | SOC.SEC | $38.13 | $1,368.19 | 403B | $75.23 | $526.58 |
| | | | | | FEDERAL | | | $4,265.75 | 012 | $1.20 | $9.60 |
| | | | | | STATE | NY | | $1,641.84 | PFL | $1.07 | $34.67 |
| | | | | | LOCAL | | | | | | |

Note to You   80.00   $700.00

| PTO Type | Available | Taken |
|---|---|---|
| 348's Vacation | 0.00 | 0.00 |
| 348's Sick Time | 0.00 | 0.00 |

Note to all EEs

| | | |
|---|---|---|
| | $47.05 | 7,595.76 |

$87.35

| | | 0.00 |
|---|---|---|
| | GROSS YTD | NET YTD |
| | $22,663.00 | $14,427.47 |
| | NET PAY | |
| | $565.60 | |

ACH Direct Deposit

026013673, CHECKING Acct: ******0247, 100% net of PayCode ($565.60)    $565.60

Total    $565.60

Actual Deposit Amount

---

**Oberon Securities, LLC**
Acadia HR
2 Spencer Drive
Red Hook, NY 12571

RHINEBECK SAVINGS BANK
ROUTE 9 NORTH
RED HOOK, NY 12571

0000698952
50-7101/2219

Date    Amount

**April 12, 2019**    0.00

Pay    zero and xx / 100 Dollars

To The
Order Of:    **DANIEL GUILFOILE**
**60 ROWLAND ROAD**

**FAIRFIELD, CT 06824**

\*\*\* *V O I D* \*\*\*

*non-negotiable*

⑆0000698952⑆ ⑈221971015⑉71000080 72⑆

---

**Oberon Securities, LLC**
Acadia HR
2 Spencer Drive
Red Hook, NY 12571

DANIEL GUILFOILE
60 ROWLAND ROAD

FAIRFIELD, CT 06824

**Fill in this information to identify your case:**

Debtor 1    DANIEL T. GUILFOILE
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of _CT_

Case number    19-50680
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

**1. Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| DAUGHTER | 20 | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

**4.** The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.                                   4.  $ 5,574.05

   If not included in line 4:

   4a.  Real estate taxes                                   4a.  $ 0

   4b.  Property, homeowner's, or renter's insurance         4b.  $ 0

   4c.  Home maintenance, repair, and upkeep expenses        4c.  $ 100

   4d.  Homeowner's association or condominium dues           4d.  $ 0

Debtor 1  DANIEL   T.   GUILFOILE

First Name   Middle Name   Last Name

Case number (*if known*)  19-50680

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0 |

6. **Utilities:**

| | | | |
|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ 300 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 130 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 250 |
| 6d. | Other. Specify: _____ | 6d. | $ |

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. | $ 400 |
| 8. | **Childcare and children's education costs** | 8. | $ 0 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 100 |
| 10. | **Personal care products and services** | 10. | $ 50 |
| 11. | **Medical and dental expenses** | 11. | $ 0 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 400 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| 15a. | Life insurance | 15a. | $ 0 |
| 15b. | Health insurance | 15b. | $ 0 |
| 15c. | Vehicle insurance | 15c. | $ 240 |
| 15d. | Other insurance. Specify: _____ | 15d. | $ 0 |

| | | | |
|---|---|---|---|
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____CAR_____ | 16. | $ 30 |

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ 590 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0 |
| 17c. | Other. Specify: _____ | 17c. | $ 0 |
| 17d. | Other. Specify: _____ | 17d. | $ 0 |

| | | | |
|---|---|---|---|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ 0 |

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ 0 |
| 20b. | Real estate taxes | 20b. | $ 0 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0 |

Debtor 1  *DANIEL T. GUILFOILE*
First Name   Middle Name   Last Name

Case number *(if known)* *19-50680*

21. **Other.** Specify: _____   21.  +$_____

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.   22a. $ *8,064.08*

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b. $ *0*

   22c. Add line 22a and 22b. The result is your monthly expenses.   22c. $ *8,064.08*

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*   23a. $ *10,159*

   23b. Copy your monthly expenses from line 22c above.   23b. –$ *8,064.08*

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income.*   23c. $ *2,095*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.   Explain here:

**Fill in this information to identify your case:**

Debtor 1    DANIEL T GUILFOICK
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: BRT    District of CT

Case number    19-50680
(If known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.    Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____    ✗ _____
Signature of Debtor 1                Signature of Debtor 2

Date  5/29/2019                     Date _____
     MM / DD / YYYY                      MM / DD / YYYY