# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
June 5, 2019

In re:

    Daniel Thomas Guilfoile                                  Case Number: 19–50680 jam

    Debtor*                                                Chapter: 13

### ORDER DISMISSING CHAPTER 13 CASE FOR FAILURE TO CURE DEFICIENCY

A Deficiency Notice/Notice of Dismissal of case was issued in the above–referenced case on May 17, 2019, for failure of the Debtor(s) to file all missing documents pursuant to 11 U.S.C. § 1321, Federal Rule of Bankruptcy Procedure 1007, Federal Rule of Bankruptcy Procedure 3015, and Local Bankruptcy Rule 1007–1 and 1007–2 as amended or revised, and/or failure to pay the filing fee pursuant to Federal Rule of Bankruptcy Procedure 1006(a), (the "Deficiency Notice", ECF No. 5).

The Debtor has failed to timely cure any and/or all deficiencies set forth in the Deficiency Notice; it is hereby

**ORDERED:**  The Debtor's Chapter 13 case is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED:**  The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this Order.

Dated: June 5, 2019                                                BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

Upon dismissal, unpaid filing fees become due immediately. The amount due and owing is $310.00.

Please remit a cashier's check or money order in the amount of $310.00, payable to: **U.S. Bankruptcy Court** at the address in the lower left corner. Payment may also be made online at Pay.gov (https://pay.gov/public/form/start/73185821). Note that the court will not accept as payment the personal check or credit card of the person filing the petition. Payment by debit card may be made at any of the divisional offices.

United States Bankruptcy Court                      Tel. (203) 579–5808
District of Connecticut                            VCIS* (866) 222–8029
915 Lafayette Boulevard                          * Voice Case Information System
Bridgeport, CT 06604                             http://www.ctb.uscourts.gov
                                             Form 113 – ts

*For the purposes of this order, "Debtor" means "Debtors" where applicable.