# United States Bankruptcy Court
## District of Connecticut



In re:

Daniel Thomas Guilfoile

Debtor*

Case Number: 19-50680

Chapter: 13

## ORDER GRANTING MOTION TO REOPEN CASE

Pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, Daniel Thomas Guilfoile (the "Movant"), filed an Amended Motion to Reopen the above-referenced case (the "Motion", ECF No. 25). After notice of hearing, see 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

**ORDERED:** The Motion is **GRANTED** and the case is reopened.

Dated:    August 16, 2019

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.