# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 8, 2019

In re:
    Daniel Thomas Guilfoile
    Debtor*

Case Number: 19–50680 jam
Chapter: 13

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **November 14, 2019** at **11:00 AM** to consider and act upon the following matter(s):

> **Motion to Dismiss Case For Failure to Make Plan Payments Filed by Roberta Napolitano on behalf of Roberta Napolitano, Trustee. (Re: Doc #42)**

**OBJECTION(S) DUE:** November 7, 2019 before 4:00 p.m. Untimely objections may not be considered.

**TO THE FILING PARTY:** If the you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: October 8, 2019

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – cp