UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

IN RE:                                                            CHAPTER 13

DANIEL THOMAS GUILFOILE,                          CASE NO. 19-50680

    Debtor.                                                        November 26, 2019

**<u>OBJECTION TO CONFIRMATION</u>**

U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE6, Asset Backed Pass-Through Certificates, Series 2 004-HE6 ("Movant"), a secured creditor in the above bankruptcy case on property located at 60 Rowland Road, Fairfield, Connecticut 06824 by its undersigned counsel, respectfully objects to confirmation of Debtor's Plan and in support of its objection respectfully alleges:

1. Debtor's Plan understates the prepetition arrearage amount owed to Creditor as $458,137.00. The arrearage amount owed to Creditor is approximately $486,797.86.

2. The proposed Plan payments are not sufficient to pay the correct arrearage over the proposed term of the Plan.

Movant further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing. Said reservation of rights shall remain in full force and effect during the post confirmation period regardless of whether the instant objection to claim is withdrawn or marked off.

WHEREFORE, Movant prays that confirmation of the Debtor's Plan be denied.

1. Deny Confirmation,

2. Grant such other and further relief as is just and equitable

                                    U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE6, Asset Backed Pass-Through Certificates, Series 2 004-HE6

By:      */s/Linda  St. Pierre*
           Linda  St. Pierre
           McCalla Raymer Leibert Pierce, LLC
           50 Weston Street
           Hartford, CT 06120
           Federal Bar No. CT22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY.  IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

CERTIFICATION

    I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this twenty-sixth day of November, 2019 to:

Daniel Thomas Guilfoile
60 Rowland Road
Fairfield, CT 06824
(Debtor)

Daniel Thomas Guilfoile
PRO SE
(Debtor's Attorney)

Roberta Napolitano
10 Columbus Boulevard
6th Floor
Hartford, CT 06106
(Trustee)

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated: November 26, 2019        By:   */s/Linda St. Pierre*
                                                 Linda St. Pierre, Esq.
                                                 McCalla Raymer Leibert Pierce, LLC
                                                 50 Weston Street, Hartford, CT 06120
                                                 (860) 808-0606
                                                 Federal Bar No.  CT22287