**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

RE:

Daniel T. Guilfoile                                       Chapter 13

Debtor                                                        Case No. 19-50680

DANIEL T. GUILFOILE

MOVANT

ROBERTA NAPOLITANO, TRUSTEE                  December 5, 2019

### REQUEST FOR EXTENSION OF HEARING DATE

Daniel T. Guilfoile (the "Movant") and the undersigned, hereby requests the hearing set for December 12, 2019 at noon be extended until January 2, 2020. During the pending holiday season, I am unable to take the required time off from work to attend the hearing and I am not in a financial position to jeopardize my employment or wages. The undersigned hereby certifies that on December 5, 2019, in accordance with applicable law, I served the following documents upon the entities attached below (constituting all entities entitled to notice).

(1) A copy of the request

Dated: December 5, 2019                              By: _____

Daniel T. Guilfoile
60 Rowland Road
Fairfield, CT. 06824

Roberta Napolitano
Trustee
10 Columbus Blvd.
6th Floor
Hartford, CT. 06106

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT. 06510
(U.S. Trustee)

**19-50680** Daniel Thomas Guilfoile
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Chief:** Julie A. Manning
**Date filed:** 05/17/2019 **Date of last filing:** 11/26/2019
**Debtor dismissed:** 06/05/2019

# Creditors

**Aquarion Water**
Attn: President/Manager
Box 36664
Portland, ME 04104

(9052155)
(cr)

**Capital One Auto Finance**
Attn: President/Manager
7933 Preston Road
Plano, TX 75024

(9052154)
(cr)

**Capital One Auto Finance, a division of Capital On**
AIS Portfolio Services, LP
Attn: Rejoy Nalkara
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(9054493)
(cr)

**Capital One Auto Finance, a division of Capital On**
P.O. Box 4360
Houston, TX 77210

(9055046)
(cr)

**Ferris Development Group, LLC**
c-o Brian R. Charville
325 Donald Lynch Blvd., Ste. 200
Marlborough, MA 01752

(9125865)
(cr)

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(9055184)
(cr)

**MERRICK BANK**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(9061769)
(cr)

**Ocwen Loan Servicing**
Attn: President/Manager
1661 Worthington Road
West Palm Beach, FL 33409

(9052152)
(cr)

**PHH Mortgage Services**
Attn: President/Manager
1 Mortgage Way
Mt. Laurel, NJ 08054

(9052153)
(cr)

**Town of Fairfield**

(9052156)

Tax Collector                                           (cr)
Attn: President/Manager
611 Old Post Road
Fairfield, CT 06824

**U.S. Bank National Association, as Trustee for Ass**
c-o Linda St. Pierre, Esq.                              (9107723)
McCalla Raymer Leibert Pierce, LLC                      (cr)
50 Weston Street
Hartford, CT 06120

**United Illuminating**
c-o Nair & Levin                                        (9052158)
707 Bloomfield Ave.                                     (cr)
Bloomfield, CT 06002

**United Illuminating**
Attn: President/Manager                                 (9052157)
P O Box 9230                                            (cr)
Chelsea, MA 02150

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/04/2019 12:49:49 | | |
| **PACER Login:** nantucket0914:6054312:0 | **Client Code:** | |
| **Description:** Creditor List | **Search Criteria:** | 19-50680 Creditor Type: All |
| **Billable Pages:** 1 | **Cost:** | 0.10 |