# United States Bankruptcy Court
# District of Connecticut



In re:

Daniel Thomas Guilfoile

Debtor *

Case Number: 19-50680

Chapter: 13

## ORDER DENYING CONFIRMATION OF SECOND AMENDED CHAPTER 13 PLAN WITH LEAVE TO AMEND

A hearing on confirmation of the above-named Debtor's Second Amended Chapter 13 Plan (the "Plan", ECF No. 58), was held on January 16, 2020. At the confirmation hearing, it was determined that the Plan could not be confirmed. Accordingly, it is hereby

**ORDERED**: Confirmation of the Plan is **DENIED**; and it is further

**ORDERED**: The Debtor is granted leave to amend the Plan and shall file the Third Amended Chapter 13 Plan on or before February 14, 2020; and it is further

**ORDERED**: If on or before February 14, 2020, the Debtor fails to file the Third Amended Chapter 13 Plan or fails to obtain an extension of time to file the Third Amended Chapter 13 Plan, the Debtor's Chapter 13 case shall be dismissed.

BY THE COURT

Dated: January 21, 2020

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.