United States Bankruptcy Court
District of Connecticut

In re:  
Daniel Thomas Guilfoile  
     Debtor

Case No. 19-50680-jam  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0205-5     User: srai     Page 1 of 1     Date Rcvd: Jan 21, 2020  
                        Form ID: pdfdoc2     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.  
db          +Daniel Thomas Guilfoile,    60 Rowland Road,    Fairfield, CT 06824-6623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:  
         Linda  St. Pierre   on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE6, Asset Backed Pass-Through Certificates, Series 2004-HE6 bankruptcyecfmail@mccalla.com,  Linda.St.Pierre@mccalla.com  
         Patrick  Crook    on behalf of Trustee Roberta  Napolitano pcrook@ch13rn.com  
         Roberta  Napolitano    notices@ch13rn.com,  rnapolitano13@ecf.epiqsystems.com  
         U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV  
                                                                                  TOTAL: 4

# United States Bankruptcy Court
# District of Connecticut



In re:

   Daniel Thomas Guilfoile

   Debtor *

Case Number: 19-50680

Chapter: 13

### ORDER DENYING CONFIRMATION OF SECOND AMENDED CHAPTER 13 PLAN WITH LEAVE TO AMEND

A hearing on confirmation of the above-named Debtor's Second Amended Chapter 13 Plan (the "Plan", ECF No. 58), was held on January 16, 2020. At the confirmation hearing, it was determined that the Plan could not be confirmed. Accordingly, it is hereby

**ORDERED**: Confirmation of the Plan is **DENIED**; and it is further

**ORDERED**: The Debtor is granted leave to amend the Plan and shall file the Third Amended Chapter 13 Plan on or before February 14, 2020; and it is further

**ORDERED**: If on or before February 14, 2020, the Debtor fails to file the Third Amended Chapter 13 Plan or fails to obtain an extension of time to file the Third Amended Chapter 13 Plan, the Debtor's Chapter 13 case shall be dismissed.

Dated: January 21, 2020

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.