# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 14, 2020

In re:
    Daniel Thomas Guilfoile
    Debtor*

Case Number: 19–50680 jam
Chapter: 13

### NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that a Confirmation Hearing on the Debtor's Chapter 13 Plan, <u>and any amended or modified plan filed before confirmation in accordance with 11 U.S.C. § 1323</u>, will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **April 9, 2020** at **11:00 AM** to consider and act upon the following matter(s):

    **Third Amended Chapter 13 Plan Before Confirmation Filed by Daniel Thomas Guilfoile Debtor (Re: Doc #64)**

**OBJECTION(S) DUE:** April 2, 2020 before 4:00 p.m. Untimely objections may not be considered.

**TO THE FILING PARTY:** If the you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: February 14, 2020

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – rms