**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

RE:
Daniel T. Guilfoile                                              Chapter 13
Debtor                                                           Case No. 19-50680

DANIEL T. GUILFOILE
MOVANT

ROBERTA NAPOLITANO, TRUSTEE                                      April 28, 2020

**REQUEST FOR EXTENSION OF CONFIRMATION HEARING DATE**

Daniel T. Guilfoile (the "Movant") and the undersigned, hereby requests the hearing set for May 7, 2020 at 11:00am to be extended until June 7, 2020. During the current COVID- 19 crisis, my employer has shut down operations, and we are therefore not generating any revenue. The only objection to confirmation is that of the trustee for me to get current with their office and with payments. My belief that this situation would be resolved prior to the May 7, 2020 date has not occurred, however it appears that there are plans in place with the State of Connecticut and New York to begin re-opening business. I will then be able to, and intend to, get current with the Trustee as soon as possible when we re-open for business, so I am requesting an extension for the confirmation date. The undersigned hereby certifies that on April 28, 2020, in accordance with applicable law, I served the following documents upon the entities attached below (constituting all entities entitled to notice).

(1) A copy of the request

Dated: March 16, 2020                          By: _____
                                                   Daniel T. Guilfoile
                                                   60 Rowland Road
                                                   Fairfield, CT. 06824

Roberta Napolitano
Trustee
10 Columbus Blvd.
6th Floor
Hartford, CT. 06106

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT. 06510
(U.S. Trustee)

**19-50680** Daniel Thomas Guilfoile
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Chief:** Julie A. Manning
**Date filed:** 05/17/2019 **Date of last filing:** 04/17/2020

# Creditors

**Aquarion Water**
Attn: President/Manager
Box 36664
Portland, ME 04104

(9052155)
(cr)

**Capital One Auto Finance**
Attn: President/Manager
7933 Preston Road
Plano, TX 75024

(9052154)
(cr)

**Capital One Auto Finance, a division of Capital On**
AIS Portfolio Services, LP
Attn: Rejoy Nalkara
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(9054493)
(cr)

**Capital One Auto Finance, a division of Capital On**
P.O. Box 4360
Houston, TX 77210

(9055046)
(cr)

**Ferris Development Group, LLC**
c-o Brian R. Charville
325 Donald Lynch Blvd., Ste. 200
Marlborough, MA 01752

(9125865)
(cr)

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(9055184)
(cr)

**MERRICK BANK**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(9061769)
(cr)

**Ocwen Loan Servicing**
Attn: President/Manager
1661 Worthington Road
West Palm Beach, FL 33409

(9052152)
(cr)

**PHH Mortgage Services**
Attn: President/Manager
1 Mortgage Way
Mt. Laurel, NJ 08054

(9052153)
(cr)

**Town of Fairfield**
Tax Collector

(9052156)
(cr)

Attn: President/Manager
611 Old Post Road
Fairfield, CT 06824

**U.S. Bank National Association, as Trustee for Ass**
c-o Linda St. Pierre, Esq.
McCalla Raymer Leibert Pierce, LLC
50 Weston Street
Hartford, CT 06120

(9107723)
(cr)

**United Illuminating**
c-o Nair & Levin
707 Bloomfield Ave.
Bloomfield, CT 06002

(9052158)
(cr)

**United Illuminating**
Attn: President/Manager
P O Box 9230
Chelsea, MA 02150

(9052157)
(cr)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/27/2020 12:51:41 | | | |
| PACER Login: | nantucket0914:6054312:0 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 19-50680 Creditor Type: cr |
| Billable Pages: | 1 | Cost: | 0.10 |

FILED
2020 APR 28 A 9: 32
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT