OFFICE OF THE CLERK
**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF CONNECTICUT
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

OFFICIAL BUSINESS

Hasler
04/29/2020
US POSTAGE  $00.50⁰



FIRST-CLASS MAIL

ZIP 06604
011D12810739

**Daniel Thomas Guilfoile**
60 Rowland Road
Fairfield, CT 06824