UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

IN RE: : CHAPTER 13
DANIEL THOMAS GUILFOILE : CASE NO. 19-50680-JAM
:
    Debtor : April 29, 2020

OBJECTION TO CONFIRMATION

    Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") objects to the confirmation of the Chapter 13 Plan (ECF No. 64, "Plan") of the above-captioned Debtor ("Debtor") for the following reason(s):

1. <u>The Debtor has failed to maintain plan payments</u>: Section 1326(a) of the Bankruptcy Code requires the Debtor to start making plan payments within 30 days of filing the plan or the case, whichever is earlier. The Debtor filed this case on May 17, 2019 and a Plan (ECF No. 38) on September 17, 2019. The Debtor should have paid a total of $2,100.00. To date, the Debtor has paid $1,000.00, and is overdue in the amount of $1,100.00. Given the failure to make payments, it appears that the Debtor will be unable to comply with 11 U.S.C. §1325(a)(6) by making all payments and complying with the Plan. The Debtor last made a payment in January of 2020.

    a. <u>The Plan does not conform to the claims filed</u>. The Plan asserts unsecured claims of $4,892.57, while filed unsecured claims total $8,092.57. The Plan asserts an arrearage on an auto loan in the amount of $20.00, while the actual arrearage is $50.00. The Plan makes no provision for a mortgage arrearage asserted to be $486,797.86. See ECF 52. The Trustee notes that the case was dismissed for filing deficiencies on June 5, 2019, well prior to the claims bar date of July 26, 2019, and was opened August 16, 2019 after the bar date ran.

2. <u>The Plan is not feasible under Section 1325(a)(6) of the Bankruptcy Code.</u> The Debtor's excess income over expenses, according to Schedules I and J, is $2,094.95. A plan curing the mortgage arrearage, would require a monthly payment of at least $9,039.50 over a period of 60 months. The Plan is not funded to pay such a proof of claim. The Plan is not in a form that can be administered by the Trustee or the court.

3. The Plan payment numbers are inconsistent  The Plan proposes to pay $100 every two weeks (the Trustee believes a monthly figure should  be used) forty two months or approximately $8,400.00. However the Plan asserts that only $5,000.00 will be paid in the Plan. In either event the Plan is funded to pay a significantly higher dividend than the 5% proposed.

Wherefore, the Trustee requests that Confirmation of the Plan be denied.

/s/Patrick Crook
Roberta Napolitano
Chapter 13 Standing Trustee
By Patrick Crook ct07670
Staff Attorney
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel: 860-278-9410, ext. 110
Fax: 860-527-6185
Email: pcrook@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DANIEL THOMAS GUILFOILE | : CASE NO. 19-50680-JAM |
| | : |
| Debtor. | : April 29, 2020 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   DANIEL THOMAS GUILFOILE
   60 ROWLAND ROAD
   FAIRFIELD, CT 06824

3. **Parties Served Electronically Include:**
   Debtor's Attorney: PRO SE
   Email:

   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov

   /s/ Patrick Crook
   Patrick Crook Staff Atty.