UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DANIEL THOMAS GUILFOILE | : CASE NO. 19-50680-JAM |
| | : |
| Debtor | : April 29, 2020 |

### STATEMENT OF BASIS FOR REFUSING CONSENT

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") responds to the Debtor's Request for Extension of Confirmation Hearing (ECF No. 77) and states that she cannot consent to the relief requested for the following reasons:

1. The Debtor's Voluntary Petition was filed on May 17, 2019. To date, the Meeting of Creditors has not been completed.

2. The Debtor has failed to maintain plan payments and is overdue in the amount of $1,100.00.

3. U.S. Bank National Association as the mortgage holder on the Debtor's residence located at 60 Rowland Road, Fairfield, Connecticut (the "Property") has objected to confirmation on the grounds that the plan payments are not sufficient to pay the correct arrearage in the approximate amount of $486,797.86 over a period of 60 months.

4. The Third Amended Plan (ECF No. 64) does not provide for the treatment of secured claims and does not surrender the Property. If the Debtor intends to retain the Property, the plan payment would need to be at least $9,014.78 over a period of 60 months. The Debtor's net income is $2,095.00. The Debtor's Plan payment is currently $100.00 per 2 weeks over a period of 42 months and the Estimated Total Payments over the term of the Plan is $5,000.00.

/s/ Roberta Napolitano
Roberta Napolitano tr08378

Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel: 860-278-9410, ext. 110
Fax: 860-527-6185
Email: rnapolitano@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DANIEL THOMAS GUILFOILE | : CASE NO. 19-50680-JAM |
| | : |
| Debtor. | : April 29, 2020 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Statement of Basis for Refusing Consent

2. **Parties Served Via First Class Mail:**
   Pro Se Debtor(s):
   DANIEL THOMAS GUILFOILE
   60 ROWLAND ROAD
   FAIRFIELD, CT 06824

3. **Parties Served Electronically Include:**
   Debtor's Attorney:  N/A
   Email:

   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   Email: ustpregion02.nh.ecf@usdoj.gov

                                      /s/ Roberta Napolitano
                                      Roberta Napolitano tr08378
                                      Chapter 13 Standing Trustee