```
                          United States Bankruptcy Court
                              District of Connecticut

In re:                                                         Case No. 19-50680-jam
Daniel Thomas Guilfoile                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0205-5         User: pesposito            Page 1 of 2          Date Rcvd: Aug 21, 2020
                             Form ID: 112               Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
db            +Daniel Thomas Guilfoile,    60 Rowland Road,    Fairfield, CT 06824-6623
9052155        Aquarion Water,    Attn: President/Manager,    Box 36664,    Portland, ME   04104
9125865       +Ferris Development Group, LLC,    c-o Brian R. Charville,    325 Donald Lynch Blvd., Ste. 200,
                Marlborough, MA 01752-4711
9052152       +Ocwen Loan Servicing,    Attn: President/Manager,    1661 Worthington Road,
                West Palm Beach, FL 33409-6493
9052153       +PHH Mortgage Services,    Attn: President/Manager,    1 Mortgage Way,    Mt. Laurel, NJ 08054-4624
9052156       +Town of Fairfield,    Tax Collector,    Attn: President/Manager,    611 Old Post Road,
                Fairfield, CT 06824-6697
9107723       +U.S. Bank National Association, as Trustee for Ass,    c-o Linda St. Pierre, Esq.,
                McCalla Raymer Leibert Pierce, LLC,    50 Weston Street,    Hartford, CT 06120-1504
9221679        U.S. Bank National Association, et. al.,    Attn: Bankruptcy Department,    P.O. Box 24605,
                West Palm Beach, FL 33416-4605
9052158       +United Illuminating,    c-o Nair & Levin,    707 Bloomfield Ave.,    Bloomfield, CT 06002-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 21 2020 18:51:08
                Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
9052154       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 21 2020 18:51:33
                Capital One Auto Finance,    Attn: President/Manager,    7933 Preston Road,
                Plano, TX 75024-2302
9054493       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 21 2020 18:51:08
                Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                Attn: Rejoy Nalkara,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
9055046       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 21 2020 18:51:08
                Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
9055184        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2020 18:51:36      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
9061769        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 21 2020 18:50:47      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
9052157        E-mail/Text: bankruptcy@uinet.com Aug 21 2020 18:48:23      United Illuminating,
                Attn: President/Manager,    P O Box 9230,    Chelsea, MA   02150
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PHH Mortgage Corporation
cr             U.S. Bank National Association
cr             U.S. Bank National Association, as Trustee for Ass
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
              Heather   Bock     on behalf of Creditor    PHH Mortgage Corporation heather.bock@mccalla.com,
                mccallaecf@ecf.courtdrive.com
              Linda   St. Pierre    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
                Backed Securities Corporation Home Equity Loan Trust 2004-HE6, Asset Backed Pass-Through
                Certificates, Series 2004-HE6 bankruptcyecfmail@mccalla.com,
                Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com
              Linda   St. Pierre    on behalf of Creditor    U.S. Bank National Association
                bankruptcyecfmail@mccalla.com,   Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com
              Patrick   Crook     on behalf of Trustee Roberta   Napolitano pcrook@ch13rn.com
```

```
District/off: 0205-5          User: pesposito            Page 2 of 2             Date Rcvd: Aug 21, 2020
                              Form ID: 112               Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Roberta   Napolitano    on behalf of Trustee Roberta  Napolitano notices@ch13rn.com,
         rnapolitano13@ecf.epiqsystems.com
        Roberta   Napolitano    notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com
        U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV

                                                                                                                                                       TOTAL: 7

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 21, 2020

In re:
    Daniel Thomas Guilfoile
    Debtor*

Case Number: 19−50680
Chapter: 13

### NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that a hearing will be held remotely using the ZoomGov platform pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID−19, and is scheduled in the above captioned case to be held on **October 15, 2020** at **11:00 AM** to consider and act upon the following matter(s):

    **Motion to Dismiss Case For Failure to Make Plan Payments Filed by Roberta Napolitano on behalf of Roberta Napolitano, Trustee. (Re: Doc #42)**

    **Fourth Amended Chapter 13 Plan Before Confirmation Filed by Daniel Thomas Guilfoile Debtor. (Re: Doc #89)**

**OBJECTION(S) DUE:** October 8, 2020 before 4:00 p.m. Untimely objections may not be considered.

**TO THE FILING PARTY:** If you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

**ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS :**

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect__BPT@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)579−5808 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING–LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−336−1274 and input the Access Code: 1077800 when prompted.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: August 21, 2020

For the Court

*[signature]*

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − pe