**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

RE:
Daniel T. Guilfoile                                          Chapter 13
Debtor                                                          Case No. 19-50680

DANIEL T. GUILFOILE
MOVANT

ROBERTA NAPOLITANO, TRUSTEE                October 2, 2020

### REQUEST FOR EXTENSION OF CONFIRMATION HEARING DATE

Daniel T. Guilfoile (the "Movant") and the undersigned, hereby requests the hearing set for October 15, 2020 at 11:00am to be extended until November 15, 2020. During August 20, 2020 Hearing, it was discussed that we received an offer for modification and are currently in the process of qualifying during the trial period from August 15, 2020 to October 15, 2020. We will not receive final approval until the beginning of November. I will not be able to represent to the Trustee or the court that I have final approval by the October 15 date, so I am requesting an extension for the confirmation date. The undersigned hereby certifies that on October 2, 2020, in accordance with applicable law, I served the following documents upon the entities attached below (constituting all entities entitled to notice).

(1) A copy of the request

Dated: October 2, 2020                                          By: _____
                                                                              Daniel T. Guilfoile
                                                                              60 Rowland Road
                                                                              Fairfield, CT. 06824

Roberta Napolitano
Trustee
10 Columbus Blvd.
6th Floor
Hartford, CT. 06106

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT. 06510
(U.S. Trustee)