UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DANIEL THOMAS GUILFOILE | : CASE NO. 19-50680-JAM |
| | : |
| Debtor | : October 9, 2020 |

OBJECTION TO CONFIRMATION

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") objects to the confirmation of the Chapter 13 Plan (ECF No. 103, "Plan") of the above-captioned Debtor ("Debtor") for the following reason(s):

1. The Plan does not conform to the claims filed. The Plan makes no provision for a mortgage arrearage asserted to be $523,487.75. See POC 7. The Trustee notes that the case was dismissed for filing deficiencies on June 5, 2019, well prior to the claims bar date of July 26, 2019, and was opened August 16, 2019 after the bar date ran. The Trustee has received a copy of a mortgage modification agreement setting out a three month trial period beginning August 1, 2020, however the Trustee has not received any evidence of any payments made pursuant to the proposed trial period. The payments to be made during the trial period are $6,790.08 monthly.

2. The Plan is not feasible under Section 1325(a)(6) of the Bankruptcy Code. The Debtor's excess income over expenses, according to Schedules I and J, is $2,094.95. A plan curing the mortgage arrearage, would require a monthly payment of at least $9,039.50 over a period of 60 months. The Plan is not funded to pay such a proof of claim. The Plan is not in a form that can be administered by the Trustee or the court.

3. The Plan Term of 24 months is shorter than the minimum term provided for in the Bankruptcy Code.

4. The Plan does not provide for an appropriate order of payments in section 2.6. The order of payments should recite classes of claims and not individual creditors.

5. In the event it is appropriate to confirm a plan that does not pay the mortgage arrearage the Plan is funded to pay a not less than 100% dividend to unsecured creditors however the plan proposes to make a 5% payment to unsecured creditors.

6. The Debtor is one month in arrears on payments to the Trustee. The amount of the arrearage is $400.00, representing one monthly payment. The Debtor failed to make a payment in August of 2020.

Wherefore, the Trustee requests that Confirmation of the Plan be denied.

/s/Patrick Crook
Roberta Napolitano
Chapter 13 Standing Trustee
By Patrick Crook ct07670
Staff Attorney
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel: 860-278-9410, ext. 110
Fax: 860-527-6185
Email: pcrook@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DANIEL THOMAS GUILFOILE | : CASE NO. 19-50680-JAM |
| | : |
| Debtor. | : October 9, 2020 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   DANIEL THOMAS GUILFOILE
   60 ROWLAND ROAD
   FAIRFIELD, CT 06824

3. **Parties Served Electronically Include:**
   Debtor's Attorney: PRO SE
   Email:

   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov

   /s/ Patrick Crook
   Patrick Crook Staff Atty.