## File an Order:

[19-50680 Daniel Thomas Guilfoile](#)

Type: bk     Chapter: 13 v     Office: 5 (Bridgeport)
Assets: y     Judge: jam     Case Flag: Repeat, DebtEd, REOPENED

**19-50680:** *pdfdoc2 form:*

Error: error: No document found for pdf form

---

## U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Esposito, Pamela entered on 10/13/2020 at 3:46 PM EDT and filed on 10/13/2020
**Case Name:** Daniel Thomas Guilfoile
**Case Number:** 19-50680
**Document Number:** 107

**Docket Text:**
**ORDER GRANTING REQUEST FOR EXTENSION OF CONFIRMATION HEARING DATE.** The Debtors Request for Extension of Confirmation Hearing Date, ECF No. [105], is **GRANTED.** The hearing on the Debtors Fifth Amended Chapter 13 Plan, ECF No. [103], is continued to November 12, 2020 at 11:00 a.m. Unless the Chapter 13 Trustee consents to a continuance of the Chapter 13 Trustees Motion to Dismiss, ECF No. [42], scheduled to be heard on October 15, 2020, at 11:00 a.m., the hearing on the Chapter 13 Trustees Motion to Dismiss, ECF No. [42], will be held. At or before 5:00 p.m. on October 13, 2020, the Clerks Office shall serve this Order on the Debtor at the email address provided by the Debtor on his petition. Signed by Chief Judge Julie A. Manning on October 13, 2020. (Esposito, Pamela)

The following document(s) are associated with this transaction:

**19-50680 Notice will be electronically mailed to:**

Heather Bock on behalf of Creditor PHH Mortgage Corporation
heather.bock@mccalla.com, mccallaecf@ecf.courtdrive.com

Patrick Crook on behalf of Trustee Roberta Napolitano
pcrook@ch13rn.com

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Linda St. Pierre on behalf of Creditor U.S. Bank National Association
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Linda St. Pierre on behalf of Creditor U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE6, Asset Backed Pass-Through Certificates, Series 2004-HE6
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**19-50680 Notice will not be electronically mailed to:**

Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Daniel Thomas Guilfoile
60 Rowland Road
Fairfield, CT 06824