# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 14, 2020

In re:
    Daniel Thomas Guilfoile                                         Case Number: 19−50680
    Debtor*                                                           Chapter: 13

### Clerk's Notice of ZoomGov Instructions Regarding Scheduled Hearing

The scheduled hearing or conference before the Honorable Julie A. Manning on November 12, 2020 will be conducted over the ZoomGov platform.

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)579−5808 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−336−1274 and input the Access Code: 1077800 when prompted.

Dated: October 14, 2020

                                                                                                                    For the Court

                                                                                                                    Pietro Cicolini
                                                                                                                    Clerk of Court

United States Bankruptcy Court                                              Tel. (203) 579−5808
District of Connecticut                                                               VCIS* (866) 222−8029
915 Lafayette Boulevard                                             * Voice Case Information System
Bridgeport, CT 06604                                                        http://www.ctb.uscourts.gov
                                                                                                                    Form zoomclrk − pe