United States Bankruptcy Court

District of Connecticut

In re:  Case No. 19-50680-jam

Daniel Thomas Guilfoile  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: pesposito      Page 1 of 2

Date Rcvd: Oct 14, 2020      Form ID: zoomclrk      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Thomas Guilfoile, 60 Rowland Road, Fairfield, CT 06824-6623 |
| 9052155 | | Aquarion Water, Attn: President/Manager, Box 36664, Portland, ME 04104 |
| 9125865 | + | Ferris Development Group, LLC, c-o Brian R. Charville, 325 Donald Lynch Blvd., Ste. 200, Marlborough, MA 01752-4711 |
| 9052152 | + | Ocwen Loan Servicing, Attn: President/Manager, 1661 Worthington Road, West Palm Beach, FL 33409-6493 |
| 9052153 | + | PHH Mortgage Services, Attn: President/Manager, 1 Mortgage Way, Mt. Laurel, NJ 08054-4624 |
| 9052156 | + | Town of Fairfield, Tax Collector, Attn: President/Manager, 611 Old Post Road, Fairfield, CT 06824-6697 |
| 9107723 | + | U.S. Bank National Association, as Trustee for Ass, c-o Linda St. Pierre, Esq., McCalla Raymer Leibert Pierce, LLC, 50 Weston Street, Hartford, CT 06120-1504 |
| 9221679 | | U.S. Bank National Association, et. al., Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 9052158 | + | United Illuminating, c-o Nair & Levin, 707 Bloomfield Ave., Bloomfield, CT 06002-2406 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 14 2020 19:04:56 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 9052154 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 14 2020 19:05:29 | Capital One Auto Finance, Attn: President/Manager, 7933 Preston Road, Plano, TX 75024-2302 |
| 9054493 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 14 2020 19:05:10 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, Attn: Rejoy Nalkara, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 9055046 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 14 2020 19:04:56 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 9055184 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2020 19:04:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9061769 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 14 2020 19:04:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 9052157 | | Email/Text: bankruptcy@uinet.com | Oct 14 2020 18:45:00 | United Illuminating, Attn: President/Manager, P O Box 9230, Chelsea, MA 02150 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PHH Mortgage Corporation |
| cr | | U.S. Bank National Association |
| cr | | U.S. Bank National Association, as Trustee for Ass |

| | | |
|---|---|---|
| District/off: 0205-5 | User: pesposito | Page 2 of 2 |
| Date Rcvd: Oct 14, 2020 | Form ID: zoomclrk | Total Noticed: 16 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020                                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Heather Bock | on behalf of Creditor PHH Mortgage Corporation heather.bock@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor U.S. Bank National Association  as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE6, Asset Backed Pass-Through Certificates, Series 2004-HE6 bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor U.S. Bank National Association bankruptcyecfmail@mccalla.com Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Patrick Crook | on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com |
| Roberta Napolitano | on behalf of Trustee Roberta Napolitano notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 7

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 14, 2020

In re:
    Daniel Thomas Guilfoile
    Debtor*

Case Number: 19−50680
Chapter: 13

### Clerk's Notice of ZoomGov Instructions Regarding Scheduled Hearing

The scheduled hearing or conference before the Honorable Julie A. Manning on November 12, 2020 will be conducted over the ZoomGov platform.

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)579−5808 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−336−1274 and input the Access Code: 1077800 when prompted.

Dated: October 14, 2020

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form zoomclrk − pe