UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DANIEL THOMAS GUILFOILE, | CASE NO. 19-50680 |
| Debtor. | October 29, 2020 |

### *SUPPLEMENTAL* OBJECTION TO CONFIRMATION

U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE6, Asset Backed Pass-Through Certificates, Series 2004-HE6 ("Movant"), a secured creditor in the above bankruptcy case on property located at 60 Rowland Rd, Fairfield, CT 06824 by its undersigned counsel, respectfully objects to confirmation of Debtor's Fifth Amended Plan (Doc. No. 103) and in support of its objection respectfully alleges:

1. Upon information and belief Debtor's Fifth Amended Plan does not treat Creditor's prepetition arrearage claim of $523,487.75 as per its Proof of Claim (7-1) filed in this case on August 11, 2020. The confirmation of the Plan should be denied until or unless Debtor amends the Plan to reflect Creditor's loan.

2. Movant reserves its right to object to confirmation should it appear that the loan is not post-petition current, that the Plan was not filed in good faith, the plan is not feasible or the Plan does not include post-petition bankruptcy fees and costs incurred by the Movant;

3. Movant further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing.

WHEREFORE, Movant prays that confirmation of the Debtor's Amended Plan be denied.

1. Deny Confirmation,

2. Grant such other and further relief as is just and equitable

                      U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE6, Asset Backed Pass-Through Certificates, Series 2004-HE6

By:       */s/Linda  St. Pierre*
            Linda  St. Pierre
            McCalla Raymer Leibert Pierce, LLC
            50 Weston Street
            Hartford, CT 06120
            Federal Bar No. CT22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY.  IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

## CERTIFICATION

I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this 29th day of October, 2020 to:

Daniel Thomas Guilfoile
60 Rowland Road
Fairfield, CT 06824
(Pro Se Debtor)

Roberta Napolitano                                            *(served via ECF Notification)*
10 Columbus Boulevard
6th Floor
Hartford 06106
(Trustee)

U. S. Trustee                                                 *(served via ECF Notification)*
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated:   10/29/2020                          By:   /s/Linda  St. Pierre
                                                   Linda  St. Pierre
                                                   McCalla Raymer Leibert Pierce, LLC
                                                   50 Weston Street
                                                   Hartford, CT 06120
                                                   Federal Bar No. CT22287