Fill in this information to identify the case:

Debtor 1  Daniel Thomas Guilfoile

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____  District of  CONNECTICUT
(State)

Case number  19-50680

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank National Association, As Trustee For Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE6, Asset Backed Pass-Through Certificates, Series 2004-HE6 | **Court claim no. (if known)** | 7 |

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX1349

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☐ No
☒ Yes.  Date of the last notice:  March 9, 2020

### Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | 6/18/2020, | (3) | $ 550.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 8/11/2020, | (5) | $ 700.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify:  POC 410a History | 8/10/2020 | (11) | $ $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Daniel Thomas Guilfoile | Case number (*if known*) | 19-50680 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Linda St. Pierre                    Date  11/4/2020
Signature

Print: Linda          St. Pierre          Title  Authorized Agent
       First Name  Middle Name  Last Name

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
         Number   Street
         Roswell          GA          30076
         City             State       ZIP Code

Contact phone  860-240-9156          Email  Linda.St.Pierre@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In re:** )<br>)<br>Daniel Thomas Guilfoile )<br>)<br>) | **Case No.** 19-50680<br>**Chapter** 13<br>**JUDGE:** Julie A. Manning |

## EXHIBIT B

### ITEMIZATION OF CLAIM

| | | | | |
|---|---|---|---|---|
| Attorney Fees | | | | $550.00 |
| | 06/18/2020 | Preparation and Filing of Objection to Confirmation | $550.00 | |
| Other | | | | $250.00 |
| | 08/10/2020 | Preparation of the POC 410A History | $250.00 | |
| Bankruptcy/Proof of Claim Fees | | | | $700.00 |
| | 08/11/2020 | Preparation and Filing of Proof of Claim | $700.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$1,500.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re:<br>Daniel Thomas Guilfoile | Bankruptcy Case No.: 19-50680<br>Chapter: 13<br>Judge: Julie A. Manning |

CERTIFICATE OF SERVICE

I, Linda St. Pierre, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Daniel Thomas Guilfoile (PRO SE)
60 Rowland Road
Fairfield, CT 06824

Roberta Napolitano, Trustee          *(served via ECF Notification)*
10 Columbus Boulevard
6th Floor
Hartford, CT 06106

U. S. Trustee                        *(served via ECF Notification)*
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  11/4/2020    By:  /s/Linda St. Pierre
                (date)           Linda St. Pierre
                                 Authorized Agent for U.S. Bank National Association,
                                 As Trustee For Asset Backed Securities Corporation
                                 Home Equity Loan Trust 2004-HE6, Asset Backed
                                 Pass-Through Certificates, Series 2004-HE6

## McCalla Raymer Leibert Pierce, LLC

1544 OLD ALABAMA RD
ROSWELL, GA 30076

Phone No:
Fax No: (

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | | Input By: | Timothy Ippoliti |
| Mount Laurel, NJ 08054 | | Date Submitted: | 6/29/2020 |
| Re: | GUILFOILE KENDRA W | Invoice Date: | 6/25/2020 |
| | 60 ROWLAND RD | Vendor Ref #: | |
| | FAIRFIELD, CT 06824 6623 | Vendor Code: | |
| Loan #: | | Payee Code: | |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | | | |
| Cost Center: | | Referral Date | 6/17/2020 |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $595,000.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | D | | |
| BK Case No: | 19-50680 | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 6/29/2020 | 7/7/2020 | 7/7/2020 | | 7/7/2020 | 7/7/2020 | 7/9/2020 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Objection to Confirmation | | N | 06/18/2020 | 1 | $550.00 | $550.00 | $0.00 | $550.00 |

**Note: Objection to Confirmation (Recoverable)**

**Exceeds Life of Loan Total Allowable**

| | | | |
|---|---|---|---|
| | $550.00 | $0.00 | $550.00 |

| | | | |
|---|---|---|---|
| Total: | $550.00 | $0.00 | $550.00 |

**Invoice Level Exceptions**
Possible Duplicate Invoice, Exceeds Life of Loan Total Allowable

**Invoice Level Comment**
None

Execution Date Time: 11/02/2020 11:46:17 AM                                      Pages: 1/ 8

**McCalla Raymer Leibert Pierce, LLC**

1544 OLD ALABAMA RD

ROSWELL, GA 30076

Phone No: ▮▮▮

Fax No ▮▮▮

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | ▮▮▮ |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed(Exc/Res) |
| 2001 Bishops Gate Blvd | | Input By: | Timothy Ippoliti |
| Mount Laurel, NJ 08054 | | Date Submitted: | 8/13/2020 |
| Re: | GUILFOILE KENDRA W | Invoice Date: | 8/11/2020 |
| | 60 ROWLAND RD | Vendor Ref #: | ▮▮▮ |
| | FAIRFIELD, CT 06824 6623 | Vendor Code: | ▮▮▮ |
| Loan #: | ▮▮▮ | Payee Code: | ▮▮▮ |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | ▮▮▮ | | |
| Cost Center: | | Referral Date | 6/22/2020 |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| | | HiType | 1 |
| Original Mortgage Amount: | $595,000.00 | Class Code | |
| Litigation Status Code: | | | |
| Man Code: | D | | |
| BK Case No: | 19-50680 | | |
| BK Chapter: | 13 | | |

Invoice ID: ▮▮▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/13/2020 | 8/14/2020 | 9/3/2020 | | 8/18/2020 | 8/19/2020 | 8/21/2020 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Bankruptcy Fee | | N | 08/10/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note: POC 410A History (Recoverable):** Preparation of pre-petition history going back to the first date of default.

| | | | |
|---|---|---|---|
| | $250.00 | $0.00 | $250.00 |

| | | | |
|---|---|---|---|
| Total: | $250.00 | $0.00 | $250.00 |

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
None

Execution Date Time: 11/02/2020 11:46:17 AM                              Pages: 1/ 8

## McCalla Raymer Leibert Pierce, LLC

1544 OLD ALABAMA RD
ROSWELL, GA 30076

Phone No: ▉
Fax No: ▉

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | |
|---|---|
| PHH Mortgage | Invoice #: ▉ |
| Andrea Jenkins | Invoice Status: ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | Input By: Timothy Ippoliti |
| Mount Laurel, NJ 08054 | Date Submitted: 8/13/2020 |
| Re: GUILFOILE KENDRA W | Invoice Date: 8/12/2020 |
| 60 ROWLAND RD | Vendor Ref #: ▉ |
| FAIRFIELD, CT 06824 6623 | Vendor Code: ▉ |
| Loan #: ▉ | Payee Code: ▉ |
| Loan Type: Conventional | Type: Non Judicial |
| Inv. ID / Cat. ID: ▉ | Referral Date: 6/22/2020 |
| Cost Center: | |
| CONV Case No: | |
| GSE Code: O | Acquisition Date: |
| GSE REO Rem. Code: | Paid in Full Date: N/A |
| | Foreclosure Removal: N/A |
| | HiType: 1 |
| Original Mortgage Amount: $595,000.00 | Class Code: |
| Litigation Status Code: | |
| Man Code: D | |
| BK Case No: 19-50680 | |
| BK Chapter: 13 | |

Invoice ID: ▉
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/13/2020 | 8/14/2020 | 8/14/2020 | | 8/14/2020 | 8/14/2020 | 8/18/2020 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | N | 08/11/2020 | 1 | $700.00 | $700.00 | $0.00 | $700.00 |

Note: PROOF OF CLAIM (RECOVERABLE)

| | | | |
|---|---|---|---|
| | $700.00 | $0.00 | $700.00 |

| Total: | $700.00 | $0.00 | $700.00 |
|---|---|---|---|

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
None

Execution Date Time: 11/02/2020 11:46:17 AM                    Pages: 1/ 8