

10/13/2020                                                    Account Number: ▉▉▉▉▉▉▉

KENDRA W GUILFOILE
DANIEL T GUILFOILE
60 ROWLAND RD
FAIRFIELD, CT 06824

## DECISION ON THE REQUEST FOR MORTGAGE ASSISTANCE
### PLEASE READ CAREFULLY

Dear Customer(s),

Thanks for the request for mortgage assistance. Unfortunately, the account is no longer eligible for the loan modification offer that was sent due to the reason listed below.

- You did not make all of the required Trial Period Plan payments by the end of the trial period.

Below, please find important information about our decision regarding mortgage assistance, with additional details on the following pages.

---

### Account Information

**Account Number:** ▉▉▉▉▉▉▉

**Property Address:**
60 ROWLAND RD
FAIRFIELD, CT 06824

We are here to help!

Account Relationship Manager:
Katherine Katz
RMA@mortgagefamily.com
Online:
www.mortgagequestions.com

---

**The following additional documents are enclosed for information:**

- Legal Disclosures
- Additional Assistance Available
- Understanding Net Present Value

Although the account is no longer eligible for the loan modification offer, it may be eligible for a Short Sale or Deed in Lieu of foreclosure, **with both options satisfying the account.** A Short Sale is the process of listing and selling the home to a third party, even if more is owed than the property's current market value. A Deed in Lieu is the process of transferring ownership of the property to PHH Mortgage Services by executing a deed. These options allow transition out of the home while avoiding foreclosure.

**Benefits of a Short Sale or Deed in Lieu include:**

- Foreclosure can be avoided by exiting the property, even if more is owed than the property is worth.
- The account may be eligible for relocation assistance.

**NOTE:** To be reviewed for a Short Sale or Deed in Lieu of foreclosure, additional information and/or documents may be required.

---

▉▉▉▉▉▉▉                                                                 *OCWN_STND_ALNE_DENL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

# NewRez

We are here to help! Katherine Katz has been assigned as the account relationship manager and will be the designated representative for resolution, inquiries and submission of documents.

**For any questions**, we can be reached toll free Monday through Friday 8:00am to 9:00pm ET at 800-750-2518, to speak with the assigned Relationship Manager Katherine Katz. If Katherine Katz is not available, another dedicated member of our Home Retention Department will be available to answer any questions.

Our Customer Care Center may also be contacted at 800-449-8767, Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm ET.

Sincerely,

*Loan Servicing*

*OCWN_STND_ALNE_DENL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.



## UNDERSTANDING NET PRESENT VALUE ("NPV")

During the application process, we calculate the Net Present Value ("NPV") of a modification. The NPV calculation requires us to input certain financial information about the accountholder's income and mortgage account, including the factors listed below. The estimated cashflow to the owner of the account is currently $330,840.97, whereas the estimated cashflow of the highest-value modification we could have offered is $696,111.03.

The NPV input values we used in this NPV evaluation are listed in the NPV Data Input Fields and Values chart in this notice.

*OCWN STND ALNE DENL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.



## NPV INPUT DATA FIELDS AND VALUES

This table includes the information we used in the NPV calculation.

**Please Note:**

Fields that are blank may not apply to the account modification evaluation.

| Input Data Fields | Explanation | Value used in NPV calculation |
|---|---|---|
| **I. Borrower Information** | | |
| 1. **Current Borrower Credit Score** | This field identifies your credit score as provided by one or more of the three national credit reporting agencies. | 0 |
| 2. **Current Co-Borrower Credit Score** | If a co-borrower is listed on the mortgage, this field identifies the co-borrower's credit score as provided by one or more of the three national credit reporting agencies. | |
| 3. **Monthly Gross Income** | This field identifies the monthly gross income of all borrowers on the mortgage before any payroll deductions or taxes. | N/A |
| **II. Property Information** | | |
| 4. **Property State** | This field identifies the 2-letter state code of the property securing the mortgage for which a loan modification is being applied. | CT |
| 5. **Property Zip Code** | This field identifies the ZIP code of the property securing the mortgage for which a loan modification is being applied. | 06824 |
| 6. **Property Value** | This field identifies the estimated fair market value of the property for which a loan modification is being applied that was used for this analysis. | $995,000.00 |
| 7. **Property Valuation Type** | This field identifies the method by which the property for which a loan modification is being applied was valued (as noted in Field 6, Property Value)<br>  1. Automated Valuation Model (AVM)<br>  2. Exterior Broker Price Opinion (BPO) /Appraisal (as-is value)<br>  3. Interior BPO/Appraisal (as-is value) | 3 |
| 8. **Occupancy** | This field uses codes to identify the occupancy of the property for which a modification is being applied.<br><br>The servicer will use a code of 1, 3 or 4 for owner-occupied properties and will use a code of 2 for non-owner-occupied properties. | 1 |
| **III. Mortgage Information** | | |
| 9. **Data Collection Date** | This field identifies the date on which we collected the Unpaid Principal Balance and other data used in the NPV analysis. | 06/30/2020 |

*OCWN STND ALNE DENL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

# NewRez

| Input Data Fields | Explanation | Value used in NPV calculation |
|---|---|---|
| 10. **Investor Code** | This field identifies the owner of the mortgage for which a loan modification is being applied.<br>1. Fannie Mae<br>2. Freddie Mac<br>3. Owned by a private investor other than us, your servicer<br>4. Owned by us, your servicer, or an affiliated company<br>5. Ginnie Mae | 3 |
| 11. **Unpaid Principal Balance at Origination** | This field identifies the amount of the mortgage for which a modification is being applied at the time it was originated (i.e., the amount borrowed). | $595,000.00 |
| 12. **First Payment Date at Origination** | This field identifies the date the first payment on the mortgage for which a modification is being applied was due after it was originated. | 08/01/2004 |
| 13. **Product Before Modification** | This field uses codes to identify the type of mortgage held prior to the most recent application for a modification:<br>1. Adjustable Rate Mortgage (ARM) and/or Interest Only<br>2. Fixed Rate | 2 |
| 14. **Adjustable Rate Mortgage (ARM) Reset Date** | This field applies only if the type of mortgage held prior to the most recent application for a modification is an Adjustable Rate Mortgage (ARM) loan.<br><br>This field identifies the date on which the next ARM reset was due to occur, as of the Data Collection Date (Field 9). | |
| 15. **Next Adjustable Rate Mortgage (ARM) Reset Rate** | This field identifies the rate at which the mortgage was expected to change based on when the next reset date (Field 14) is scheduled to occur. Please review the mortgage documents for information on how your mortgage's rate is recalculated at its reset date.<br><br>If the reset date on the ARM loan is within 120 days of the Data Collection Date, the value in this field is the expected interest rate on the mortgage at the next reset date.<br><br>If the reset date on the ARM loan is more than 120 days from the Data Collection Date, the value in this field is the current interest rate at the time of NPV evaluation. | |

*OCWN STND ALNE DENL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.



| Input Data Fields | Explanation | Value used in NPV calculation |
|---|---|---|
| 16. **Unpaid Principal Balance Before Modification** | This field identifies the unpaid amount of principal (amount borrowed) on the mortgage for which a loan modification is being applied as of the Data Collection Date. It does not include any unpaid interest or other amounts that may be owed. | $721,964.58 |
| 17. **Remaining Term (# of Payment Months Remaining)** | This field identifies the remaining number of months left to pay under the term of the mortgage for which a modification is being applied as of the Data Collection Date. Please review the mortgage documents (including any permanent modification documentation, if previously modified) for information about the term of the mortgage. | 279 |
| 18. **Principal and Interest Payment Before Modification** | This field shows the amount of principal and interest scheduled to be paid each month as of the Data Collection Date.<br>   a. If the loan had an adjustable rate scheduled to reset within 120 days, this field will reflect the principal and interest payment associated with the new interest rate.<br>   b. If the loan had an adjustable rate scheduled to reset after 120 days, this field will reflect the current scheduled monthly mortgage payment and the note interest rate in effect at the time of evaluation.<br>   c. If the mortgage is an Interest Only loan and is still in the interest-only period, the value in this field is the interest payment that was due each month.<br>   d. If the mortgage is a negative-amortizing loan, the value in this field is the greater of:<br>     a) the principal and interest payment sent on the most recent payment date; or<br>     b) the minimum payment required on the loan.<br><br>If there was a prior modification trial period plan or permanent modification, the value in this field is the modified payment. | $3,173.31 |
| 19. **Monthly Real Estate Taxes** | This field identifies the monthly cost of the real estate taxes. If taxes are paid annually, this amount will be 1/12th of the annual cost. | $1,350.06 |
| 20. **Monthly Hazard and Flood Insurance** | This field identifies the monthly cost of the hazard and flood insurance coverage. If the premium is paid annually, this amount will be 1/12th of the annual cost. | $762.35 |
| 21. **Homeowners Association Dues/Fees** | This field identifies the monthly homeowner's or condominium association fee payment. If your homeowner's or condominium association fees are paid annually, this will be 1/12th of the annual cost.<br><br>If the property has no association fee payments, this field is blank. | $0.00 |
| 22. **Escrow Shortage** | This field identifies the future monthly escrow shortages, if any.<br><br>If the property has no future monthly escrow shortages, this field is | $9,122.27 |

*OCWN STND ALNE DENL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.



| Input Data Fields | Explanation | Value used in NPV calculation |
|---|---|---|
| | blank. | |
| 23. **Months Past Due** | This field identifies the number of mortgage payments required to the mortgage current, as of the Data Collection Date. | 109 |
| 24. **Mortgage Insurance Coverage Percent** | This field identifies the percentage of private mortgage insurance coverage on the mortgage requested to be modified. If there is no private mortgage insurance applicable, this field is blank. | |
| 25. **Capitalized UPB Amount** | This field identifies the capitalized unpaid principal balance, including all outstanding principal, accrued interest and escrow advances as of the Data Collection Date. | $518,413.70 |
| **IV. Proposed Modification Information** | | |
| The fields below describe the proposed modification that was calculated by the servicer according to the program guidelines (subject to investor restrictions) that were used in the Net Present Value (NPV) evaluation. | | |
| 26. **NPV Date** | This field identifies the initial date that the Net Present Value evaluation was conducted on the mortgage for which a modification is being applied. | 06/30/2020 |
| 27. **Modification Fees** | This field identifies the total amount of costs and fees that would have been paid by the investor (owner) of the loan, if this account is approved for a modification. It includes expenses such as notary fees, property valuation, credit report and other required fees. | $0 |
| 28. **Unpaid Principal Balance under proposed Streamline Modification (Net of Forbearance & Principal Reduction)** | This field identifies the beginning principal balance on which the applicant would have been required to pay interest if a **Streamline** modification had been received.<br><br>It is likely to be different than the current principal balance because it includes amounts owed for missed mortgage payments and unpaid expenses that are allowed to be added (capitalized) to the principal balance. Additionally, it may be reduced by proposed principal forbearance (Field 32) or proposed principal forgiveness (Field 33). | $1,239,131.34 |
| 29. **Interest Rate under proposed Streamline Modification** | This field identifies the starting interest rate of the proposed **Streamline** modified mortgage. This rate is fixed for at least the first five years after modification. | 3.125% |
| 30. **Amortization Term under proposed Streamline Modification** | This field identifies the number of months left to pay the proposed **Streamline** modified mortgage. | 167 |
| 31. **Principal and Interest Payment under** | This field identifies the amount of the monthly principal and interest payment on the proposed **Streamline** modified mortgage. | $4,525.63 |

*OCWN STND ALNE DENL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

# NewRez

| Input Data Fields | Explanation | Value used in NPV calculation |
|---|---|---|
| proposed **Streamline Modification** | | |
| 32. **Principal Forbearance under proposed Streamline Modification** | This field identifies the amount of principal the loan's investor was willing to forbear on the proposed **Streamline** modified mortgage. You would still owe this amount, but would not be charged interest on it, and no payments would have been due on this amount until the loan was paid off. | $0.00 |
| 33. **Principal Forgiveness Amount under proposed Streamline Modification** | This field identifies the amount of principal the loan's investor was willing to forgive under the proposed **Streamline** modified mortgage. | $0.00 |

*OCWN STND ALNE DENL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

# NewRez

**What should be done if there is disagreement with the reason(s) for non-approval?**

If there is disagreement with the reason(s) for non-approval, please contact us at:

PHH Mortgage Services
Escalations Department
P.O. Box 5432
Mount Laurel, NJ 08054
Email: EscalatedCases@mortgagefamily.com

*OCWN STND ALNE DENL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

NMLS #

NewRez

## ADDITIONAL ASSISTANCE IS AVAILABLE

If financial hardship is being experienced, housing counseling may be a way to help manage finances. We recommend contacting a HUD-approved agency for assistance in keeping the home. This assistance is available at no charge.

| | | |
|---|---|---|
| HUD Approved Housing Counseling | (800) 569-4287 | www.HUD.gov |
| Homeowner's HOPE Hotline Number | (888) 995-4673 | www.hopenow.com |
| Fannie Mae Assistance Program | (800) 232-6643 | www.knowyouroptions.com |
| Consumer Financial Protection Bureau (CFPB) | (855) 411-2372 | www.consumerfinance.gov/mortgagehelp/ |
| Freddie Mac Assistance Program | | http://myhome.freddiemac.com/ |

To submit a qualified written request, a notice of error or a request for information, the following address must be used:

PHH Mortgage Services
PO Box 66002
Lawrenceville, NJ 08648

*OCWN STND ALNE DENL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

NMLS #



## ALTERNATIVES TO FORECLOSURE

- Account Refinance option:  This an option to apply for a new mortgage and pay off the existing lien, if favorable terms are obtained making the current payment more affordable.

- Account Modification option: An account modification may change one or more terms of the original mortgage agreement. This may include a change in interest rate, account balance or term, which may lower the mortgage payment and bring the account current. Contact us for more information on available modification programs, as this option may be limited based on the non-approval reason included in this notice.

- Sale of the property: If there is an inability to continue paying the mortgage payment, the best option may be to find more affordable housing. As an alternative to foreclosure, it may be possible to sell the property and use the proceeds to pay off the current lien.

- Short Sale: If the value of the property has declined, and the property cannot be sold for an amount sufficient to pay the current lien in full, it may be possible to sell it for less than the full payoff amount to satisfy the lien.

- Deed in Lieu of Foreclosure: If an attempt to sell the property has been unsuccessful, it may be possible to voluntarily return the deed to satisfy the lien and avoid foreclosure.

## LEGAL DISCLOSURES

**Notice regarding Credit Discrimination:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Notice Regarding Bankruptcy:** Please be advised that if the account is part of an active Bankruptcy case or if the account has received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt.  If the bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If the account has received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from the accountholder(s) personally. Finally, if the account is in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, the accountholder(s) should continue to make payments in accordance with the plan.

_OCWN_STND_ALNE_DENL_

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

DANIEL THOMAS GUILFOILE       :       CHAPTER 13
    DEBTOR                     :       CASE NO. 19-50680

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR ASSET BACKED SECURITIES
CORPORATION HOME EQUITY LOAN TRUST
2004-HE6, ASSET BACKED PASS-TRHOUGH
CERTIFICATES, SERIES 2004-HE6
    MOVANT
VS.
                                             NOVEMBER 16, 2020

DANIEL THOMAS GUILFOILE, DEBTOR
 ROBERTA NAPOLITANO, TRUSTEE
    RESPONDENTS

<u>CERTIFICATION</u>

      I hereby certify that a copy of the foregoing was served upon all of the following parties, either by operation of the Court's electronic filing system or first class mail, on this 16th day of November, 2020.


Daniel Thomas Guilfoile
60 Rowland Road
Fairfield, CT 06824
(Pro Se Debtor)


Roberta Napolitano                      (served via ECF notification)
10 Columbus Boulevard
6th Floor
Hartford, CT 06106
(Trustee)


U.S. Trustee                         (served via ECF notification)
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510


                                     /s/ Linda St. Pierre
                                     Linda St. Pierre