# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
December 18, 2020

In re:
    Daniel Thomas Guilfoile
    Debtor*

Case Number: 19–50680
Chapter: 13

### ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

    Roberta Napolitano, Chapter 13 Standing Trustee (the "Movant"), filed a Motion to Dismiss the Case pursuant to 11 U.S.C. § 1307(c) (the "Motion", ECF No. 42). After notice and a hearing, *see* 11 U.S.C. § 102(1); it is hereby

    **ORDERED:**  The Debtor's Chapter 13 Case is **DISMISSED**; and it is further

    **ORDERED:**  The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this Order.

Dated: December 18, 2020

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 113 – pe

*For the purposes of this order, "Debtor" means "Debtors" where applicable.