# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: pesposito | Date Created: 12/18/2020 |
| Case: 19−50680 | Form ID: 113 | Total: 25 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust 2004−HE6, Asset Backed Pass−Through Certificates, Series 2004−HE6
cr      U.S. Bank National Association
cr      PHH Mortgage Corporation
                                           TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust      U. S. Trustee      USTPRegion02.NH.ECF@USDOJ.GOV
tr      Roberta Napolitano      notices@ch13rn.com
aty      Heather Bock      heather.bock@mccalla.com
aty      Linda St. Pierre      bankruptcyecfmail@mccalla.com
aty      Patrick Crook      pcrook@ch13rn.com
aty      Roberta Napolitano      notices@ch13rn.com
                                           TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Daniel Thomas Guilfoile      60 Rowland Road      Fairfield, CT 06824
cr      Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP      4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118
9052155      Aquarion Water      Attn: President/Manager      Box 36664      Portland, ME 04104
9052154      Capital One Auto Finance      Attn: President/Manager      7933 Preston Road      Plano, TX 75024
9054493      Capital One Auto Finance, a division of Capital On      AIS Portfolio Services, LP      Attn: Rejoy Nalkara      4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118
9055046      Capital One Auto Finance, a division of Capital On      P.O. Box 4360      Houston, TX 77210
9125865      Ferris Development Group, LLC      c−o Brian R. Charville      325 Donald Lynch Blvd., Ste. 200      Marlborough, MA 01752
9055184      LVNV Funding, LLC      Resurgent Capital Services      PO Box 10587      Greenville, SC 29603−0587
9061769      MERRICK BANK      Resurgent Capital Services      PO Box 10368      Greenville, SC 29603−0368
9052152      Ocwen Loan Servicing      Attn: President/Manager      1661 Worthington Road      West Palm Beach, FL 33409
9052153      PHH Mortgage Services      Attn: President/Manager      1 Mortgage Way      Mt. Laurel, NJ 08054
9052156      Town of Fairfield      Tax Collector      Attn: President/Manager      611 Old Post Road      Fairfield, CT 06824
9107723      U.S. Bank National Association, as Trustee for Ass      c−o Linda St. Pierre, Esq.      McCalla Raymer Leibert Pierce, LLC      50 Weston Street      Hartford, CT 06120
9221679      U.S. Bank National Association, et. al.      Attn: Bankruptcy Department      P.O. Box 24605      West Palm Beach, FL 33416−4605
9052157      United Illuminating      Attn: President/Manager      P O Box 9230      Chelsea, MA 02150
9052158      United Illuminating      c−o Nair & Levin      707 Bloomfield Ave.      Bloomfield, CT 06002
                                           TOTAL: 16